# United States Bankruptcy Court
### District of Oregon

| | | | |
|---|---|---|---|
| In re | **Data Systems, Inc.** | Case No. | **16-30477-rld11** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **N/A**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Adversary Proceeding**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 25, 2016** | **/s/ Ted A. Troutman** |
| *Date* | **Ted A. Troutman** |
| | *Signature of Attorney* |
| | **Troutman Law Firm P.C.** |
| | **5075 SW Griffith Dr.** |
| | **Ste 220** |
| | **Beaverton, OR 97005** |
| | **503-292-6788   Fax: 503-596-2371** |
| | **tedtroutman@sbcglobal.net** |
| | *Name of law firm* |

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 25, 2016**        X */s/ William F. Holdner*
                                                          Signature of individual signing on behalf of debtor

                                                          **William F. Holdner**
                                                          Printed name

                                                          **President**
                                                          Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $    **7,500,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    **4,043.32**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $    **7,504,043.32**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    **259,677.31**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*..................................... $    **1,302.73**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................ +$    **72,919.98**

4. **Total liabilities** ..........................................................................................................
Lines 2 + 3a + 3b

$    **333,900.02**

**Fill in this information to identify the case:**

Debtor name    **Data Systems, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **16-30477-rld11**

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$50.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Checking**<br>**Last 4 digits of Acc# : 0832**<br>3.1..   **Bank of the West** | Checking | 0832 | $3,993.32 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$4,043.32** |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.**    **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:       % of ownership

| | | | |
|---|---|---|---|
| 15.1.. | **% Ownership : 100** <br> **DSI, Inc.** | **100.00** % | **$0.00** |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.            **$0.00**

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**    **Office furniture** <br> **Office Equipment** | **$1,000.00** | | **$0.00** |

**40.**    **Office fixtures**

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.            **$0.00**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
  ☑ No
  ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

 ☑ No. Go to Part 9.
 ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

 ☐ No. Go to Part 10.
 ☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Commercial Property #1**<br>**975 SE Sandy Blvd.**<br>**Portland OR 97214** | | **$0.00** | | **$5,000,000.00** |
| 55.2. **Commerical Property #2**<br>**936 SE Ankeny St.**<br>**Portland OR 97214** | | **$0.00** | | **$500,000.00** |
| 55.3. **(4) Commercial Lots Located between Ash & Ankeny / 8th & 9th** | **Property Owned by DSI, Inc.** | **$0.00** | | **$2,000,000.00** |

56.  **Total of Part 9.**
  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
  Copy the total to line 88.

                       **$7,500,000.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
  ☑ No
  ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,043.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $7,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,043.32 | + 91b. $7,500,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,504,043.32 |

Case 16-30477-rld11     Doc 19     Filed 02/25/16

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Bank of the West**<br>Creditor's Name<br><br>**c/o J. Michael Shepherd, CEO**<br>**180 Montgomery St.**<br>**San Francisco, CA 94104**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**1548**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Bank of the West**<br>**2. Multnomah County Assessment & Taxation** | Describe debtor's property that is subject to a lien<br>**Commercial Property #1**<br>**975 SE Sandy Blvd.**<br>**Portland OR 97214**<br><br>Describe the lien<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 | $5,000,000.00 |
| **2.2**   **Multnomah County Assessment & Taxation**<br>Creditor's Name<br><br>**c/o Angelika Loomis, Tax Assessor**<br>**POB 2716**<br>**Portland, OR 97208**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | Describe debtor's property that is subject to a lien<br>**(4) Commercial Lots**<br>**Located between Ash & Ankeny / 8th & 9th**<br><br>Describe the lien<br>**Property Tax**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,374.00 | $2,000,000.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Last 4 digits of account number**
**0373**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.3** | |

---

| 2.3 | **Multnomah County Assessment & Taxation** | **Describe debtor's property that is subject to a lien** | $793.40 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Angelika Loomis, Tax Assessor**
**POB 2716**
**Portland, OR 97208**

Creditor's mailing address

**(4) Commercial Lots**
**Located between Ash & Ankeny / 8th & 9th**

**Describe the lien**
**Property Tax**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0372**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.3** | |

---

| 2.4 | **Multnomah County Assessment & Taxation** | **Describe debtor's property that is subject to a lien** | $658.75 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Angelika Loomis, Tax Assessor**
**POB 2716**
**Portland, OR 97208**

Creditor's mailing address

**(4) Commercial Lots**
**Located between Ash & Ankeny / 8th & 9th**

**Describe the lien**
**Property Tax**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0371**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.3** | |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.5 | **Multnomah County Assessment & Taxation** | Describe debtor's property that is subject to a lien | $658.75 | $2,000,000.00 |

Creditor's Name

**c/o Angelika Loomis, Tax Assessor**
**POB 2716**
**Portland, OR 97208**

**(4) Commercial Lots**
**Located between Ash & Ankeny / 8th & 9th**

Creditor's mailing address

Describe the lien

**Property Tax**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0370**

Do multiple creditors have an interest in the same property?

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Multnomah County Assessment & Taxation** | Describe debtor's property that is subject to a lien | $3,705.59 | $500,000.00 |

Creditor's Name

**c/o Angelika Loomis, Tax Assessor**
**POB 2716**
**Portland, OR 97208**

**Commerical Property #2**
**936 SE Ankeny St.**
**Portland OR 97214**

Creditor's mailing address

Describe the lien

**Property Tax**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0424**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Multnomah County Assessment & Taxation** | Describe debtor's property that is subject to a lien | $1,605.93 | $2,000,000.00 |

Creditor's Name

**c/o Angelika Loomis, Tax Assessor**
**POB 2716**
**Portland, OR 97208**

**(4) Commercial Lots**
**Located between Ash & Ankeny / 8th & 9th**

Creditor's mailing address

Describe the lien

**Property Tax**

Is the creditor an insider or related party?

■ No

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0368**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**1. Multnomah County Assessment & Taxation**
**2. Multnomah County Assessment & Taxation**
**3. Multnomah County Assessment & Taxation**
**4. Multnomah County Assessment & Taxation**
**5. Multnomah County Assessment & Taxation**

---

| 2.8 | **Multnomah County Assessment & Taxation** | | $150,880.89 | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**c/o Angelika Loomis, Tax Assessor**
**POB 2716**
**Portland, OR 97208**

**Commercial Property #1**
**975 SE Sandy Blvd.**
**Portland OR 97214**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0422**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $259,677.31 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Bank of the West**<br>**POB 515274**<br>**Los Angeles, CA 90051-6574** | Line **2.1** | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Data Systems, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **16-30477-rld11**

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|       |                                                                 |                                                                      | Total claim | Priority amount |
|-------|-----------------------------------------------------------------|----------------------------------------------------------------------|-------------|-----------------|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** | $ **0.00** |
|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency
Solutions
PO Box 7346
Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Precautionary**

**Last 4 digits of account
number EIN**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,302.73** | $ **0.00** |
|---|---|---|---|

**ODR - Bkcy
955 Center NE #353
Salem, OR 97301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Payroll Taxes**

**Last 4 digits of account
number EIN**

Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (8)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**A. Wesley Grilley
POB 817
Pendleton, OR 97801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | | $ 0.00 |
|---|---|---|---|

**Adeline A. Lickey
31270 Dutch Canyon Rd.
Scappoose, OR 97056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | | $ 0.00 |
|---|---|---|---|

**Al Carder
533 W. 26th Place
Kennewick, WA 99337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Alan A. Peterson**
**10265 SW Heather Ln.**
**Beaverton, OR 97005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Alexander Christy**
**17451 S. Upper Cherry Ln.**
**Lake Oswego, OR 97034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Alfred B. & Helen Herman**
**Joint Tenants**
**3484 SW Brentwood Dr.**
**Portland, OR 97201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Allen L. Turja**
**10530 SE Market St.**
**Portland, OR 97216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Alma K. Phelps**
**202 Desert Inn Drive**
**Kelso, WA 98626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

$ **0.00**

---

| 3.9 |

**Nonpriority creditor's name and mailing address**
**Alton W. Greenwade & Niel S. Evenson**
**Joint Tenants**
**211 Cherry Ln South**
**Monmouth, OR 97361**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

$ **0.00**

---

| 3.10 |

**Nonpriority creditor's name and mailing address**
**Alvin L. & Verdall B. Crockett**
**Joint Tenants**
**1838 Crescent Ave.**
**Eugene, OR 97401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

$ **0.00**

---

| 3.11 |

**Nonpriority creditor's name and mailing address**
**Ambrose Churchill**
**Black Butte Ranch**
**Sisters, OR 97759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$ **0.00**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Date or dates debt was incurred _____    Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |
|---|---|---|---|---|

**Anita F. Clark**
**Route 1, Box 98**
**Cornelius, OR 97113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____    Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |
|---|---|---|---|---|

**Ann C. Marris, Richard Marris,**
**Jennifer Marris Nelson & Robert Marris**
**Joint Tenants**
**513 Pinto Way**
**Eugene, OR 97401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____    Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |
|---|---|---|---|---|

**Audrey C. Milton**
**Custodian for Deborah L. Milton, a Minor**
**3628 NE 141st Ave.**
**West Linn, OR 97068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____    Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |
|---|---|---|---|---|

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Audrey C. Milton**
**Custodian for Karen L. Milton, a Minor**
**10478 SE 53rd Place**
**Milwaukie, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Audrey C. Milton**
**Custodian for Susan M. Milton, a Minor**
**10478 SE 53rd Place**
**Milwaukie, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Audrey Jeanine Sandahl**
**8902 Mt. Lassen Ave.**
**Vancouver, WA 98664**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Auer & Co.**
**c/o Bankers Trust Co.**
**POB 704**
**Church Street Station**
**New York, NY 10008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

☑ No

☐ Yes

---

3.19    **Nonpriority creditor's name and mailing address**

**B. Dan Alexander**
**3208 Cahvenga Blvd. #58**
**Los Angeles, CA 90068**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

☑ No

☐ Yes

$    **0.00**

---

3.20    **Nonpriority creditor's name and mailing address**

**B.H.C. Securities, Inc.**
**2005 Market Street**
**Philadelphia, PA 19103**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

☑ No

☐ Yes

$    **0.00**

---

3.21    **Nonpriority creditor's name and mailing address**

**Betty Warrington**
**62245 Cody Rd.**
**Bend, OR 97701**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

☑ No

☐ Yes

$    **0.00**

---

3.22    **Nonpriority creditor's name and mailing address**

**Bill Eugene & Irene H. Hall**
**Joint Tenants**
**1550 Fourth Street**
**Astoria, OR 97103**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**Billy J. & Beverly J. Van Horn**
**Joint Tenants**
**5549 SE Pine**
**Portland, OR 97215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**Bob J. & Barbara K. Smith**
**Joint Tenants**
**3665 SE Henderson**
**Portland, OR 97202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**Bonnie Mae Foust**
**6300 First, Space 134**
**Spokane, WA 99212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Bradley Slayton**
**2941 NE 27th**
**Gresham, OR 97030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Bruce A. Peters**<br>**9265 SW Davies Rd.**<br>**Beaverton, OR 97005** |
|------|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

$    **0.00**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Bruce L. Wong**<br>**1941 SE 31st**<br>**Portland, OR 97214** |
|------|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

$    **0.00**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Bruce N. & Lois M. Roberts**<br>**Joint Tenants**<br>**14737 NE Stanton Ct.**<br>**Portland, OR 97230** |
|------|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

$    **0.00**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.30 | Nonpriority creditor's name and mailing address<br>**BS Investment Services, Inc.**<br>**555 California St. 4th Floor**<br>**San Francisco, CA 94104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    0.00 |

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address<br>**Byron E & Esther R. Counts**<br>**Joint Tenants**<br>**33260 Shore Dr.**<br>**Pacific City, OR 97135** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    0.00 |

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address<br>**C. Gordon Brownell & Chloris B.**<br>**Brownell**<br>**Joint Tenants**<br>**POB 194 Star Route S.**<br>**South Beach, OR 97366** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    0.00 |

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address<br>**C. Herbert Olson Jr. & Harriet Olson**<br>**Joint Tenants**<br>**2610 West 22nd Ave.**<br>**Eugene, OR 97405** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    0.00 |

Basis for the claim:    **Precautionary / Shareholder**

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**C. La Rue Heiner**
**5340 Columbia Heights Rd.**
**Longview, WA 98632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**C.W. Van Rody**
**Route 3 Box 374E**
**Troutdale, OR 97060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Calvin Dunham**
**1116 SE Lambert**
**Portland, OR 97202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Carl & Lorraine Scheibler**
**Joint Tenants**
**10622 SE Standly St.**
**Milwaukie, OR 97222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**Carl E. Anderson & Goldie V. Anderson**
**2714 Haworth Ave.**
**Newberg, OR 97132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**Carl W. Berner**
**813 Jefferson Ave. NE**
**Renton, WA 98056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**Carlton R. Peterson**
**14873 SW Osprey Ct.**
**Beaverton, OR 97007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Carlton T. & Janell Conner**
**Joint Tenants**
**497 Park**
**North Bend, OR 97459**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**        ☐ Yes

---

| 3.42 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Cede & Co.**
**Bowling Green Station**
**POB 20**
**New York, NY 10004**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

$    **0.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**        ☐ Yes

---

| 3.43 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Charles & Ethel Williams**
**Joint Tenants**
**17365 Walta Vista Dr.**
**Milwaukie, OR 97222**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

$    **0.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**        ☐ Yes

---

| 3.44 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Charles E. & Marjorie H. Colton**
**POB 2249**
**Vancouver, WA 98668**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

$    **0.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**        ☐ Yes

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | |
|---|---|
| **3.45** | |

**Nonpriority creditor's name and mailing address**
**Charles E. Montgomery**
**3028 NE 143rd Ave.**
**Portland, OR 97230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

$  0.00

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **3.46** | |

**Nonpriority creditor's name and mailing address**
**Charles F. Walker**
**4317 NE Skidmore**
**Portland, OR 97218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

$  0.00

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **3.47** | |

**Nonpriority creditor's name and mailing address**
**Charles H. & Nancy Ann Kies**
**Joint Tenants**
**2046 NE Union**
**Portland, OR 97212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

$  0.00

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **3.48** | |

**Nonpriority creditor's name and mailing address**
**Charles K. & Shirley J. Myers**
**Joint Tenants**
**2840 Grayhawk Ct. NW**
**Salem, OR 97304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

$  0.00

---

Case 16-30477-rld11     Doc 19     Filed 02/25/16

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | **none** |

Is the claim subject to offset?

■ No

☐ Yes

---

**3.49**

Nonpriority creditor's name and mailing address
**Charles T. & Hosanna Thomas
JTWROS
8921 NE 79th St.
Vancouver, WA 98662**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | **none** |

Is the claim subject to offset?

■ No

☐ Yes

---

**3.50**

Nonpriority creditor's name and mailing address
**Charless F. & Susie M. Ruppert
JTWROS
3801 Knox Butte Rd.
Albany, OR 97321**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | **none** |

Is the claim subject to offset?

■ No

☐ Yes

---

**3.51**

Nonpriority creditor's name and mailing address
**Chester Ray Parker
Custodian for Dale Ray Parker, a Minor
28712 SE Highway 212
Boring, OR 97009**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | **none** |

Is the claim subject to offset?

■ No

☐ Yes

---

**3.52**

Nonpriority creditor's name and mailing address
**Christina Demas
6420 NE 30th
Portland, OR 97232**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|------|--------------------------------------------------|-----------------------------------------------|---|------|

**Clarence E. & Lovell F. Deck**
**Joint Tenants**
**3114 SE 171st Dr.**
**Portland, OR 97236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|------|--------------------------------------------------|-----------------------------------------------|---|------|

**Connie E. Greenfield**
**Custodian for Libby Lauren Greenfield**
**7200 SW 6th Ave.**
**Portland, OR 97219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|------|--------------------------------------------------|-----------------------------------------------|---|------|

**Curtis & Charlotte Lamb**
**Joint Tenants**
**1289 SW Levens St.**
**Dallas, OR 97338**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|------|--------------------------------------------------|-----------------------------------------------|---|------|

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Curtis R. & Dorothy R. Warden**
**JTWROS**
**890 Commercial**
**North Bend, OR 97459**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

3.57    **Nonpriority creditor's name and mailing address**
**Dale C. & Ann E. Matthies**
**JTWROS**
**11017 NE 96th St.**
**Vancouver, WA 98662**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

3.58    **Nonpriority creditor's name and mailing address**
**Dana Hampton, Carolyn Smith &**
**Kimberly Johnson**
**3356 Argle Dr. South**
**Salem, OR 97302**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

3.59    **Nonpriority creditor's name and mailing address**
**Daniel S. & Betty J. Smith**
**Joint Tenants**
**26978 Brigg Hill Rd.**
**Eugene, OR 97405**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | | |
|---|---|---|
| **3.60** | **Nonpriority creditor's name and mailing address**<br>**Darrell & Beverly Davis**<br>**4101 N. Suttle Rd., Pier 3**<br>**Portland, OR 97217** | As of the petition filing date, the claim is:    $ 0.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Basis for the claim:** Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| | | |
|---|---|---|
| **3.61** | **Nonpriority creditor's name and mailing address**<br>**Darrell Greenwood**<br>**1800 SW 8th Ave.**<br>**West Linn, OR 97068** | As of the petition filing date, the claim is:    $ 0.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Basis for the claim:** Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| | | |
|---|---|---|
| **3.62** | **Nonpriority creditor's name and mailing address**<br>**Data Systems, Inc.**<br>**975 SE Sandy Blvd.**<br>**Portland, OR 97214** | As of the petition filing date, the claim is:    $ 0.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Basis for the claim:** Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| | | |
|---|---|---|
| **3.63** | **Nonpriority creditor's name and mailing address**<br>**David A. & Virginia Lindberg**<br>**POB 273**<br>**Pendleton, OR 97801** | As of the petition filing date, the claim is:    $ 0.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Basis for the claim:** Precautionary / Shareholder

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| | **Is the claim subject to offset?** |
| Last 4 digits of account number    **none** | ■ No |
| | ☐ Yes |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|
| | **David F. Coursen**<br>**9320 Ocala St.**<br>**Silver Spring, MD 20901** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**     **Precautionary / Shareholder**

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| | **Is the claim subject to offset?** |
| Last 4 digits of account number    **none** | ■ No |
| | ☐ Yes |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|
| | **David H. & Virginia M. Woodlee**<br>**Joint Tenants**<br>**2235 SW Stephson St.**<br>**Portland, OR 97219** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**     **Precautionary / Shareholder**

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| | **Is the claim subject to offset?** |
| Last 4 digits of account number    **none** | ■ No |
| | ☐ Yes |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|
| | **David S. & Bonnie B. Shannon**<br>**Joint Tenants**<br>**825 NE Multnomah**<br>**Portland, OR 97232** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**     **Precautionary / Shareholder**

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| | **Is the claim subject to offset?** |
| Last 4 digits of account number    **none** | ■ No |
| | ☐ Yes |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|
| | **David S. Newhouse**<br>**10500 NE 2nd Ave.**<br>**Portland, OR 97211** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

Case 16-30477-rld11     Doc 19     Filed 02/25/16

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | | $ | 0.00 |

**Dean R. Copeland**
**Custodian of Diane S. Copeland, a Minor**
**4124 SW Canby St.**
**Portland, OR 97219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | | $ | 0.00 |

**Delbert L. & Beth A. Newkirk**
**Joint Tenants**
**92764 Zumwalt Ln.**
**Port Orford, OR 97465**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | | $ | 0.00 |

**Dennis C. Pittelko**
**1418 22nd Ave.**
**Kelso, WA 98626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | | $ | 0.00 |

As of the petition filing date, the claim is:

---

**Dennis R. & Sandra L. Straub**
**Joint Tenants**
**13432 NE 5th**
**Camas, WA 98607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.72 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Diversified Consultants, Inc.**
**10550 Deerwood Park Blvd**
**Jacksonville, FL 32256**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.73 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Doleno Vae Eilertsen**
**565 W. Juniper Court**
**Gresham, OR 97030**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.74 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Donald & Marjorie Hawes**
**2020 E. 34th Ave.**
**Albany, OR 97321**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **none**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | |
|---|---|
| **3.75** | |

**Nonpriority creditor's name and mailing address**
**Donald F. & Patricia L. Wolfe**
**Joint Tenants**
**8333 North Woolsey Ave.**
**Portland, OR 97203**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$   **0.00**

Date or dates debt was incurred

Last 4 digits of account number   **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.76** | |

**Nonpriority creditor's name and mailing address**
**Donald J. Jessop**
**2356 NW Hoyt St.**
**Portland, OR 97210**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$   **0.00**

Date or dates debt was incurred

Last 4 digits of account number   **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.77** | |

**Nonpriority creditor's name and mailing address**
**Donald L. Buzzelli**
**5693 SE Waymire**
**Milwaukie, OR 97222**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$   **0.00**

Date or dates debt was incurred

Last 4 digits of account number   **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.78** | |

**Nonpriority creditor's name and mailing address**
**Donald L. White**
**20803 NE 25th**
**Redmond, WA 98052**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$   **0.00**

---

Case 16-30477-rld11   Doc 19   Filed 02/25/16

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.79 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Donald R. Willis**
**52 Forrest Feezor**
**Tucson, AZ 85747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.80 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Donald Ray Seslar**
**POB 1644**
**Beaverton, OR 97075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.81 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Donald W. Aspros & Mary E. Aspros**
**Joint Tenants**
**13817 NE Klickitat Ct.**
**Portland, OR 97230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.82 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Douglas G. & Helen P. Ward**
**Joint Tenants**
**3417 Champlain Court NW**
**Salem, OR 97304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

    **Douglas M. Walling**
    **2013 Charnelton St.**
    **Eugene, OR 97405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

    **Douglas R. Balkema**
    **12704 SE 15th St.**
    **Vancouver, WA 98684**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

    **Douglas W. Austin**
    **3889 Dakota Rd.**
    **Salem, OR 97302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Douglas Ward**
**3835 SW 96th**
**Portland, OR 97225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Dr. Wallace E. High & Doina High**
**JTWROS**
**306 SE Coast Highway**
**Newport, OR 97365**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Dudley M. Bright, Custodian**
**Jennifer Anne Bright, a Minor**
**1409 Beaumont Dr. NW**
**Salem, OR 97304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Dudley M. Bright, MD**
**1251 Lancaster Dr. NE**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | |
|---|---|
| **3.90** | |

**Nonpriority creditor's name and mailing address**
Earl E. & Barbara J. Landon
Joint Tenants
1510 Barham
Coos Bay, OR 97420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

$    0.00

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.91** | |

**Nonpriority creditor's name and mailing address**
Edgar C. & Lillian M. Cummings
Joint Tenants
POB 254
Sweet Home, OR 97386

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

$    0.00

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.92** | |

**Nonpriority creditor's name and mailing address**
Edward J. & Zelma M. Stelle
Joint Tenants
32605 Lakepoint Ct.
Wilsonville, OR 97070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

$    0.00

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.93** | |

**Nonpriority creditor's name and mailing address**
Edwin L. Anderson
2923 Locust SE
Albany, OR 97321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

$    0.00

---

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number    **none** | ☐ Yes |

---

**3.94**

Nonpriority creditor's name and mailing address
**Eileen J. Wyatt**
**1544 NE 73rd Ave.**
**Portland, OR 97213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

---

**3.95**

Nonpriority creditor's name and mailing address
**Elizabeth Anne Day**
**190 S. First, Unit 1**
**Saint Helens, OR 97051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

---

**3.96**

Nonpriority creditor's name and mailing address
**Elsie Carter**
**Pineview Star Rt.**
**Box 219**
**Sturgis, SD 57785**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

---

**3.97**

Nonpriority creditor's name and mailing address
**Elton W. Chase**
**1811 E. 6th**
**Spokane, WA 99203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Basis for the claim:** **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **none**

☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |

**Emil J. & Patricia Lukich**
**Joint Tenants**
**3706 SE Franklin**
**Portland, OR 97202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **none**

☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 25,462.95 |

**Esler, Stephens, Buckley, LLP**
**121 SW Morrison Street, Suite 700**
**Portland, OR 97204-3183**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Attorney's Fees**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **none**

☐ Yes

---

| 3.10 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |

**Estelle A. Alex**
**Custodian of Peter Dean Alex, a Minor**
**01900 SW Palatine Hill Rd.**
**Portland, OR 97219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **none**

☐ Yes

---

| 3.10 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |

Case 16-30477-rld11   Doc 19   Filed 02/25/16

**Estelle A. Alex**
**Custodian for James S. Alex Jr., a Minor**
**01900 SW Palatine Hill Rd.**
**Portland, OR 97219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.10 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Esther Lee Thoreson**
**473 K. Street**
**Washougal, WA 98671**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.10 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Eugene D. Anderson & Betty L.**
**Anderson**
**Joint Tenants**
**1402 Sherman**
**North Bend, OR 97459**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.10 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Eugene R. & Eileen J. Wyatt**
**Joint Tenants**
**1544 NE 73rd Ave.**
**Portland, OR 97213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Date or dates debt was incurred _____

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.10 5 | Nonpriority creditor's name and mailing address | | $ **0.00** |
|---|---|---|---|

**Evelyn M. Tyseling**
**Custodian for E. Arlene Tyseling**
**POB 581**
**Estacada, OR 97023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.10 6 | Nonpriority creditor's name and mailing address | | $ **0.00** |
|---|---|---|---|

**Fevrel W. Pratt**
**9030 NE Fremont**
**Portland, OR 97220**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.10 7 | Nonpriority creditor's name and mailing address | | $ **0.00** |
|---|---|---|---|

**Frances A. Calkins, Trustee**
**Calkins Living Trust**
**POB 2**
**Brightwood, OR 97011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.10 8 | Nonpriority creditor's name and mailing address | | $ **0.00** |
|---|---|---|---|

**Frances R. Zimmerman**
**6116 Holmes Street**
**West Linn, OR 97068**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.10 9 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank B. & Susan J. Chase**
**Joint Tenants**
**4132 Adelaide, Apt. A**
**Klamath Falls, OR 97603**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.11 0 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank H. & Mary Elda Dye**
**Joint Tenants**
**416 SE Hale Dr.**
**Gresham, OR 97030**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.11 1 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Frank W. & Betty M. Ozier**
**Joint Tenants**
**19411 Normandy Park Dr. SW**
**Seattle, WA 98166**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.11 2 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$    **0.00**

---

**Fred Assam**
**530 S. Phillips**
**Sioux Falls, SD 57102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.11 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Fred Kuiper**
**POB 460**
**Scappoose, OR 97056**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.11 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gary Patzke**
**1410 SW Broadway #523**
**Portland, OR 97201**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.11 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gary R. Maffei**
**1777 SW Montgomery Dr.**
**Portland, OR 97201**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.11 6 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Genevieve Smith**
**2007 NE 39th Ave.**
**Portland, OR 97212**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.11 7 | |

**Nonpriority creditor's name and mailing address**
**George Edward Wihick**
**14962 NW Mill St.**
**Portland, OR 97231**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.11 8 | |

**Nonpriority creditor's name and mailing address**
**George J. & Susan R. Grassl**
**Joint Tenants**
**2077 Greenwood Ave.**
**Reedsport, OR 97467**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.11 9 | |

**Nonpriority creditor's name and mailing address**
**Georgia Karussos**
**Custodian for Marcia Alex, a Minor**
**1706 SE 30th Ave.**
**Portland, OR 97214**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:**   **Precautionary / Shareholder**

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.12 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Gerald & Joan Harpster**
**Joint Tenants**
**7133 SE Taylor**
**Portland, OR 97215**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.12 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Gerald E. & Nancy L. Palmer**
**Joint Tenants**
**8904 SE Stephens**
**Portland, OR 97216**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.12 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Gerald K. & Paula J. Stark**
**JTWROS**
**12847 S. Casto Rd.**
**Oregon City, OR 97045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.12 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Gerald T. & Leanah O'Shaughnessy**
**JTWROS**
**3307 SE 31st Ave.**
**Portland, OR 97202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.12 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Gilbert E. & Beverly M. Jones**
**Joint Tenants**
**5510 Windsor Island Rd. N. #99**
**Salem, OR 97303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.12 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Gilbert E. Bemis & La Verna Bemis**
**Joint Tenants**
**12846 SE 126th**
**Clackamas, OR 97015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.12 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Glenn D. & Marilynn M. Garfield**
**Joint Tenants**
**7020 Valley View Dr.**
**Gladstone, OR 97027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.12 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$    **0.00**

---

**Glenn D. Garfield**
**Custodian for Linda Susan Garfield**
**7020 Valley View Dr.**
**Gladstone, OR 97027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.12 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Glenn D. Garfield**
**Custodian for Scott David Garfield**
**7020 Valley View Dr.**
**Gladstone, OR 97027**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.12 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Glenn D. Garfield**
**Custodian for Kimberly Ann Garfield**
**7020 Valley View Dr.**
**Gladstone, OR 97027**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.13 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gloria D. Harding**
**12630 SE Shell Ln.**
**Portland, OR 97222**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.13<br>1 | **Nonpriority creditor's name and mailing address**<br>**Gordon H. & Catherine Lovegrove**<br>**Joint Tenants**<br>**4629 SE 73rd Ave.**<br>**Portland, OR 97206** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Precautionary / Shareholder | $  **0.00** |
|---|---|---|---|
|  | Date or dates debt was incurred<br><br>Last 4 digits of account number  **none** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes |  |

| 3.13<br>2 | **Nonpriority creditor's name and mailing address**<br>**Gordon R. & Margaret A. Peterson**<br>**Joint Tenants**<br>**Route 4 Box 382**<br>**Boring, OR 97009** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Precautionary / Shareholder | $  **0.00** |
|---|---|---|---|
|  | Date or dates debt was incurred<br><br>Last 4 digits of account number  **none** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes |  |

| 3.13<br>3 | **Nonpriority creditor's name and mailing address**<br>**Greene & Markley, PC**<br>**121 SW Morrison St., Suite 700**<br>**Portland, OR 97201** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Attorney's Fees | $  **43,429.67** |
|---|---|---|---|
|  | Date or dates debt was incurred<br><br>Last 4 digits of account number  **none** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes |  |

| 3.13<br>4 | **Nonpriority creditor's name and mailing address**<br>**Gregory R. & Bonnie S. Gleason**<br>**Joint Tenants**<br>**16621 SE Ladd Court**<br>**Milwaukie, OR 97222** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Precautionary / Shareholder | $  **0.00** |
|---|---|---|---|

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Date or dates debt was incurred

Last 4 digits of account number  **none**

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.13 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Gretchen A. Yost**
**1534 NE 114th**
**Portland, OR 97220**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number  **none**

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.13 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**H.A. Anderson**
**3427 NE Halsey**
**Portland, OR 97232**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number  **none**

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.13 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Hal K. Yeager**
**POB C7112**
**Windermere, FL 32786**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number  **none**

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.13 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Harris & Violet Heck**
**Joint Tenants**
**4705 SW 166th**
**Beaverton, OR 97007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 16-30477-rld11      Doc 19      Filed 02/25/16

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.13 9 | | | $ | 0.00 |
|--------|--|--|---|------|

**Nonpriority creditor's name and mailing address**

**Harry E. & June V. Mixer**
**Joint Tenants**
**1839 Ash Street**
**Forest Grove, OR 97116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.14 0 | | | $ | 0.00 |
|--------|--|--|---|------|

**Nonpriority creditor's name and mailing address**

**Harry G. Tuggle**
**6720 NE Hancock**
**Portland, OR 97213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.14 1 | | | $ | 0.00 |
|--------|--|--|---|------|

**Nonpriority creditor's name and mailing address**

**Harry Gauthier**
**821 M Street**
**Port Townsend, WA 98368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.14 2 | | | $ | 0.00 |
|--------|--|--|---|------|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Harry W. & Gloria M. Wilson**
**2163 Hayden Br. Rd.**
**Springfield, OR 97477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.14 3 | | | | $    **0.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Haruko Murphy**
**6112 SE Center St.**
**Portland, OR 97206**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.14 4 | | | | $    **0.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Hawley H. & Yukiye Kato**
**Joint Tenants**
**2659 SW Pleasant View Dr.**
**Gresham, OR 97080**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.14 5 | | | | $    **0.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Helen A. French**
**3522 E. Burnside**
**Portland, OR 97214**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.14 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**3.14 6**

**Nonpriority creditor's name and mailing address**
**Herschelle Greenwade & Tom Robinson**
**Joint Tenants**
**5487 Kayak Way NE**
**Salem, OR 97303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

$ **0.00**

---

**3.14 7**

**Nonpriority creditor's name and mailing address**
**Hirata Koichi & Mae Hoichi**
**7512 SE Center**
**Portland, OR 97206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

$ **0.00**

---

**3.14 8**

**Nonpriority creditor's name and mailing address**
**Hjlamer E. & Mae C. Luoto**
**Joint Tenants**
**425 SE Atwood Ave.**
**Corvallis, OR 97333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

$ **0.00**

---

**3.14 9**

**Nonpriority creditor's name and mailing address**
**Hugh & Marvalee Mills**
**1931 NE 148th Ave.**
**Portland, OR 97230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.15 0 |

**Nonpriority creditor's name and mailing address**

**J. Franklin Brooks**
**Star Route, Box 709**
**Madras, OR 97741**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.15 1 |

**Nonpriority creditor's name and mailing address**

**J.P. Bergstrom**
**POB 358**
**Elgin, OR 97827**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.15 2 |

**Nonpriority creditor's name and mailing address**

**J.P. Donnelly, Custodian**
**c/o Douglas James Donnelly, a Minor**
**2928 Laurel Rd.**
**Longview, WA 98612**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.15 3 |

**Nonpriority creditor's name and mailing address**

**Jack L. & Faye L. Keller**
**Joint Tenants**
**99 Second Street**
**La Grande, OR 97850**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

Case 16-30477-rld11      Doc 19      Filed 02/25/16

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.15 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Jacob & Marie Wagner
JTWROS
10804 SE Clinton St.
Portland, OR 97266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.15 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**James Alan & Maxine Elaine Saunders
JTWROS
10819 SE Stark
Portland, OR 97216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.15 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**James E. & Martha J. Lane
JTWROS
108 High Street
Oregon City, OR 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.15 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

Case 16-30477-rld11      Doc 19      Filed 02/25/16

**James E. Mitchell**
**Box C5119**
**Irvine, CA 92616-5119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.15 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**James H. O'Neill**
**6919 NE Roselawn**
**Portland, OR 97218**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.15 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**James J. & Ellen M. Susee**
**Joint Tenants**
**475 23rd Court NW**
**Salem, OR 97304**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.16 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**James L. Briney**
**20762 S. Upper Highland Rd.**
**Beavercreek, OR 97004**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number    **none**

☐ Yes

---

Case 16-30477-rld11     Doc 19     Filed 02/25/16

| | | |
|---|---|---|
| 3.16 1 | **Nonpriority creditor's name and mailing address**<br>**James L. Hope**<br>**Custodian for James L. Hope, a Minor**<br>**108 Green Court NE**<br>**Albany, OR 97321** | $ **0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| | | |
|---|---|---|
| 3.16 2 | **Nonpriority creditor's name and mailing address**<br>**James L. Hope**<br>**Global Travel**<br>**108 Green Court NE**<br>**Albany, OR 97321** | $ **0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| | | |
|---|---|---|
| 3.16 3 | **Nonpriority creditor's name and mailing address**<br>**James M. & Caroline A. Center**<br>**Joint Tenants**<br>**2428 SE 64th**<br>**Portland, OR 97206** | $ **0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| | | |
|---|---|---|
| 3.16 4 | **Nonpriority creditor's name and mailing address**<br>**James M. & Georgia Karussos**<br>**Joint Tenants**<br>**1706 SE 30th Ave.**<br>**Portland, OR 97214** | $ **0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.16 5 | Nonpriority creditor's name and mailing address<br>**James M. Wagner**<br>**Under the Law of Oregon for**<br>**James M. Wagner, a Minor**<br>**7920 SE Stark St.**<br>**Portland, OR 97215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:    **Precautionary / Shareholder** | $    **0.00** |

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.16 6 | Nonpriority creditor's name and mailing address<br>**James W. Mixer**<br>**555 Collins Crest**<br>**Gladstone, OR 97027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:    **Precautionary / Shareholder** | $    **0.00** |

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.16 7 | Nonpriority creditor's name and mailing address<br>**Jane Sydney Baum**<br>**975 SE Sandy Blvd.**<br>**Portland, OR 97214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:    **Precautionary / Shareholder** | $    **0.00** |

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.16 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **0.00** |

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Janice J. Wahlstrom**
**17 SE 75th**
**Portland, OR 97215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.16 9 | **Nonpriority creditor's name and mailing address**<br>**Jay Breidenbach**<br>**4009 SE Oak St.**<br>**Portland, OR 97214** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.17 0 | **Nonpriority creditor's name and mailing address**<br>**Jean M. Thompson**<br>**3105 SW Idaho**<br>**Portland, OR 97201** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.17 1 | **Nonpriority creditor's name and mailing address**<br>**Jeffery Allen Tyseling**<br>**36599 SE Kemp Rd.**<br>**Estacada, OR 97023** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.17 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Nonpriority creditor's name and mailing address**
**Jerry L. & Patricia J. Moore**
**Joint Tentants**
**Route 1, Box 368**
**Amity, OR 97101**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

**Nonpriority creditor's name and mailing address**
3.17 3
**Jim R. Baker**
**Route 2, Box 752F**
**Boring, OR 97009**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

**Nonpriority creditor's name and mailing address**
3.17 4
**Joan E. Anchondo**
**Route 1, Box 1474**
**La Grande, OR 97850**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

**Nonpriority creditor's name and mailing address**
3.17 5
**Joe E. Cochrane**
**Custodian for Ty Cochrane, a Minor**
**15775 Oakdale Rd.**
**Dallas, OR 97338**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

**Basis for the claim:**   Precautionary / Shareholder

Case 16-30477-rld11      Doc 19      Filed 02/25/16

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.17 6 | **Nonpriority creditor's name and mailing address**<br>**John & Eula Misetich**<br>**Joint Tenants**<br>**6921 N. Haight Ave.**<br>**Portland, OR 97217** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary / Shareholder** | $    **0.00** |
| --- | --- | --- | --- |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.17 7 | **Nonpriority creditor's name and mailing address**<br>**John & Flora Heft**<br>**3435 SE Glenwood**<br>**Portland, OR 97202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary / Shareholder** | $    **0.00** |
| --- | --- | --- | --- |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.17 8 | **Nonpriority creditor's name and mailing address**<br>**John & Molly Harnett**<br>**Joint Tenants**<br>**19510 SW Butternut St.**<br>**Aloha, OR 97007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary / Shareholder** | $    **0.00** |
| --- | --- | --- | --- |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.17 9 | **Nonpriority creditor's name and mailing address**<br>**John A. Bates & Joyce E. Bates**<br>**Joint Tenants**<br>**935 SE 179th**<br>**Portland, OR 97233** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.18 0 | **Nonpriority creditor's name and mailing address** |
|---|---|

**John Bozich & Dolores L. Bozich**
**Joint Tenants**
**2609 SW Park Place**
**Portland, OR 97201**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.18 1 | **Nonpriority creditor's name and mailing address** |
|---|---|

**John D. Atkinson & Sharon J. Atkinson**
**Joint Tenants**
**6 NW Edgewood Dr.**
**Corvallis, OR 97330**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.18 2 | **Nonpriority creditor's name and mailing address** |
|---|---|

**John Ewart**
**POB 4-1008**
**Anchorage, AK 99501**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.18 3 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**

$  **0.00**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**John J. & Ann Fitzpatrick**
**401 N. First Ave.**
**Hillsboro, OR 97123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.18 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**John J. Adams**
**U/L/O for Douglas S. Adams, a Minor**
**8845 SW Oleson Rd.**
**Portland, OR 97223**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.18 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**John J. Adams & Gloria Adams**
**JTWROS**
**8845 SW Oleson Rd.**
**Portland, OR 97223**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.18 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**John J. Andeas**
**Custodian of Sheila A. Andreas, a Minor**
**5918 SW Corbett**
**Portland, OR 97201**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

---

**3.18 7**

**Nonpriority creditor's name and mailing address**
**John P. Knapp**
**4335 SW Altadena Ave.**
**Portland, OR 97201**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

**3.18 8**

**Nonpriority creditor's name and mailing address**
**John R. & Geraldine L. Chisholm**
**POB 915**
**Seaside, OR 97138**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

**3.18 9**

**Nonpriority creditor's name and mailing address**
**John R. Eissler**
**623 SW Park Ave.**
**Portland, OR 97205**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

**3.19 0**

**Nonpriority creditor's name and mailing address**
**John T. Doherty**
**9450 Murlea Ln.**
**Portland, OR 97229**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$    **0.00**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **none** | ☐ Yes |

---

**3.19
1**

**Nonpriority creditor's name and mailing address**
Jon Waldum
14780 NW Bonneville Loop
Beaverton, OR 97006-5569

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$   **0.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **none** | ☐ Yes |

---

**3.19
2**

**Nonpriority creditor's name and mailing address**
Joseph D. Fulop
60 Camino Arroyo Place
Palm Desert, CA 92261

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$   **0.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **none** | ☐ Yes |

---

**3.19
3**

**Nonpriority creditor's name and mailing address**
Joseph Grinsell & Guadalupe Grinsell
13085 SW Burlwood
Beaverton, OR 97005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$   **0.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **none** | ☐ Yes |

---

**3.19
4**

**Nonpriority creditor's name and mailing address**
Juanita B. Dysart
7010 SW Raleighwood Ln.
Portland, OR 97225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

Case 16-30477-rld11      Doc 19      Filed 02/25/16

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred  _____    Is the claim subject to offset?

Last 4 digits of account number    **none**    ■ No
☐ Yes

| 3.19 5 | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

**Judith Jane Carter**
**207 Dartmoor Dr.**
**Eugene, OR 97401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred  _____    Is the claim subject to offset?

Last 4 digits of account number    **none**    ■ No
☐ Yes

| 3.19 6 | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

**Julia & Sue George**
**Joint Tenants**
**32236 NE Schuyler Ave.**
**Portland, OR 97212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred  _____    Is the claim subject to offset?

Last 4 digits of account number    **none**    ■ No
☐ Yes

| 3.19 7 | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

**Julian M. & Betty A. Jacobson**
**Joint Tenants**
**2717 E. 9th Ave.**
**Albany, OR 97321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred  _____    Is the claim subject to offset?

Last 4 digits of account number    **none**    ■ No
☐ Yes

| 3.19 8 | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

**Julius F. & Dorothy A. Solari**
**Joint Tenants**
**Box 220**
**South Coos River**
**Coos Bay, OR 97420**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.19 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |
|---|---|---|---|---|

**Kathleen Brand Knebel**
**11014 Saint Ambrose**
**Saint Ann, MO 63074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.20 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |
|---|---|---|---|---|

**Kazue Uyesugi**
**3613 NE 75th Ave.**
**Portland, OR 97213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.20 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |
|---|---|---|---|---|

**Keith M. Aden**
**for the Alton K. Aden RL Trust**
**POB 1501**
**Lake Oswego, OR 97035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Date or dates debt was incurred    _____    Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.20 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Keith S. & Terry S. Pakulak
JTWROS
4421 Buttercup Ct. NE
Salem, OR 97305**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred    _____    Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.20 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Kenneth A. & Barbara R. Hague
Joint Tenants
2125 NE 138th Place
Portland, OR 97230**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred    _____    Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.20 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Kenneth L. Drews
2028 Fisher Rd.
Roseburg, OR 97470**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred    _____    Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.20 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**L.L. & Sylvia Riggs
Joint Tenants
416 South Valencia Rd.
Venice, FL 33595**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.20 6 | | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

**Larry A. & Larlene Donaldson**
**Joint Tenants**
**14734 SE 131st Dr.**
**Clackamas, OR 97015**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.20 7 | | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

**Larry W. Butler & Buriel L. Butler**
**Joint Tenants**
**2580 Gardens Venue**
**Reedsport, OR 97467**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.20 8 | | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

**Laurance H. & Mary G. Nelson**
**JTWROS**
**65 NW 107th**
**Portland, OR 97229**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.20 9 | | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

**Laurence D. Munz**
**2705 SE Courtney Rd. #13**
**Milwaukie, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.21 0 | **Nonpriority creditor's name and mailing address**<br>**Lawrence & Marilyn Thomsen**<br>**JTWROS**<br>**2719 NE 104th Ave.**<br>**Portland, OR 97220** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.21 1 | **Nonpriority creditor's name and mailing address**<br>**Lawrence Alan & Phyllis Ann Taylor**<br>**JTWROS**<br>**2236 E. Knollhaven St.**<br>**Simi Valley, CA 93065** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.21 2 | **Nonpriority creditor's name and mailing address**<br>**Lawrence B. Rew & Phyllis Masers**<br>**Joint Tenants**<br>**POB 218**<br>**Pendleton, OR 97801** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**

☐ Yes

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.21 3 | **Nonpriority creditor's name and mailing address**<br>**Lawrence P. Grant**<br>**3720 NE Davis St.**<br>**Portland, OR 97232** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ __0.00__ |
|---|---|---|---|

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.21 4 | **Nonpriority creditor's name and mailing address**<br>**Leander R. Barrett & Ruth I. Barrett**<br>**Joint Tenants**<br>**30 NE 57th**<br>**Portland, OR 97230** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ __0.00__ |
|---|---|---|---|

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.21 5 | **Nonpriority creditor's name and mailing address**<br>**Leo A. Andreas & Alma Andreas**<br>**Joint Tenants**<br>**3182 Matheny Rd. NE**<br>**Gervais, OR 97026** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ __0.00__ |
|---|---|---|---|

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.21 6 | **Nonpriority creditor's name and mailing address**<br>**Leon A. & Caroline L. Frappier**<br>**Joint Tenants**<br>**2874 Columbia Blvd.**<br>**Saint Helens, OR 97051** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ __0.00__ |
|---|---|---|---|

**Basis for the claim:**    **Precautionary / Shareholder**

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number    **none** | ☐ Yes |

---

**3.217**

**Nonpriority creditor's name and mailing address**
**Lloyd F. & Louisa Frese**
**Joint Tenants**
**Route 1, Box 180**
**Bend, OR 97701**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$    **0.00**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number    **none** | ☐ Yes |

---

**3.218**

**Nonpriority creditor's name and mailing address**
**Lois L. Holloway**
**4682 Park Mirasol**
**Calabasas, CA 91302**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$    **0.00**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number    **none** | ☐ Yes |

---

**3.219**

**Nonpriority creditor's name and mailing address**
**Lois R. Maughan**
**1274 SE 49th Ave.**
**Portland, OR 97215**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$    **0.00**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number    **none** | ☐ Yes |

---

**3.220**

**Nonpriority creditor's name and mailing address**
**Lois R. Maughan**
**1274 SE 49th Ave.**
**Portland, OR 97215**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.22 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

3.22 1

**Nonpriority creditor's name and mailing address**
**Loren D. Eubank**
**209 Pickford Ln.**
**Corvallis, OR 97330**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

3.22 2

**Nonpriority creditor's name and mailing address**
**Louis & Leah Zasloff**
**JTWROS**
**2770 Potter St.**
**Eugene, OR 97405**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

$    **0.00**

---

3.22 3

**Nonpriority creditor's name and mailing address**
**Louise A. Nelson**
**308 NE 134th Place**
**Portland, OR 97230**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

$    **0.00**

---

3.22 4

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$    **0.00**

---

**Louise F. Speyer**
**4002 E. 18th, Apt. X**
**Vancouver, WA 98661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.22 5 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |
|---|---|---|---|---|

**Lydia E. Rohloff**
**1610 SW 11th**
**Portland, OR 97201**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.22 6 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |
|---|---|---|---|---|

**Lyle W. & Patsy A. Wagoner**
**Joint Tenants**
**6025 Burchell Ct.**
**San Jose, CA 95120**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.22 7 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |
|---|---|---|---|---|

**Mabel A. Fenton**
**407 North Portland Blvd.**
**Portland, OR 97217**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.22 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|--------|--------------------------------------------------|----------------------------------------------|--------|

**Nonpriority creditor's name and mailing address**
**Magdelena Alda Jensen**
**6008 Logan Ave. South**
**Minneapolis, MN 55419**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.22 9 |

**Nonpriority creditor's name and mailing address**
**Margaret Kerrihard**
**for the Estate of Ruby Barrett**
**17924 23rd Lane NE #102**
**Seattle, WA 98157**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.23 0 |

**Nonpriority creditor's name and mailing address**
**Marian E. Hallam**
**11135 East Burnside**
**Portland, OR 97216**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.23 1 |

**Nonpriority creditor's name and mailing address**
**Marjorie R. Larrance**
**20860 SW Kinnamon Rd**
**Beaverton, OR 97005**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$ 0.00

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **none** | ☐ Yes |

---

| 3.23 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Mark J. Laukkanen**
**205 North Welcome Slough**
**Cathlamet, WA 98612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary / Shareholder**

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **none** | ☐ Yes |

---

| 3.23 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Martin & Ronaele Rupert**
**Joint Tenants**
**6848 SW Childs**
**Lake Oswego, OR 97034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary / Shareholder**

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **none** | ☐ Yes |

---

| 3.23 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Marvin M. Flitcroft**
**4130 SE 75th**
**Portland, OR 97206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary / Shareholder**

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **none** | ☐ Yes |

---

| 3.23 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Mary H. Buzzelli**
**5693 SE Waymire**
**Milwaukie, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | |
|---|---|
| Basis for the claim: | **Precautionary / Shareholder** |

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.23 6 | | | | $ **0.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maurice Haugland**
**2610 Mulberry**
**Yankton, SD 57078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.23 7 | | | | $ **0.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Max K. Ozawa**
**1427 SE 76th**
**Portland, OR 97215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.23 8 | | | | $ **0.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maxine Nelson**
**Custodian for Shyla A. Walling, a Minor**
**2037 Shelly Rd.**
**Coquille, OR 97423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.23 9 | | | | $ **0.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Melvin J. & Eva E. Schwartz**
**Joint Tenants**
**492 Suncrest Ave. NE**
**Salem, OR 97304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **none**

☐ Yes

---

| 3.24 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Merle Greenstein**
**4927 NW Front Ave.**
**Portland, OR 97210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **none**

☐ Yes

---

| 3.24 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Merlin Radke**
**Route 3 Box 400**
**Hillsboro, OR 97124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **none**

☐ Yes

---

| 3.24 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Michael C. Kane**
**3880 NE Uistana**
**Portland, OR 97204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **none**

☐ Yes

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.24 3 | **Nonpriority creditor's name and mailing address**<br>**Michael G. Brown & Sharon E. Brown**<br>**Joint Tenants**<br>**794 N. Shirley Dr.**<br>**Orange, CA 92667** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Precautionary / Shareholder | $  0.00 |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.24 4 | **Nonpriority creditor's name and mailing address**<br>**Michael J. Grant**<br>**3720 NE Davis St.**<br>**Portland, OR 97232** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Precautionary / Shareholder | $  0.00 |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.24 5 | **Nonpriority creditor's name and mailing address**<br>**Michael W. Calkins**<br>**POB 2**<br>**Brightwood, OR 97011** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Precautionary / Shareholder | $  0.00 |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.24 6 | **Nonpriority creditor's name and mailing address**<br>**Morton Rosenblum**<br>**3910 SW Idaho Terrace**<br>**Portland, OR 97221** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Precautionary / Shareholder | $  0.00 |
|---|---|---|---|

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.24 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **4,027.36** |

**Nonpriority creditor's name and mailing address**
**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 300**
**Portland, OR 97204-3029**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Attorney's Fees**

$ **4,027.36**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.24 8 |

**Nonpriority creditor's name and mailing address**
**Nancy Ann Kies**
**Custodian for Nicholas Kies, a Minor**
**509 Vannier St.**
**Belmont, CA 94002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$ **0.00**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.24 9 |

**Nonpriority creditor's name and mailing address**
**Nancy M. Gray**
**57531 NW Straffel Rd.**
**Forest Grove, OR 97116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

$ **0.00**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.25 0 |

**Nonpriority creditor's name and mailing address**
**Neal H. & Alice F. Juppenlatz**
**Joint Tenants**
**7929 SE 30th**
**Portland, OR 97202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.25 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**Norman C. & Darline G. Locati
Joint Tenants
1437 SW Aspen
Lake Oswego, OR 97034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.25 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**O. Edwina Knapp
4335 SW Altadena Ave.
Portland, OR 97201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.25 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**O. Henry Jewell
2823 NE 2nd Ave.
Camas, WA 98607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.25 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Ohn M. Macey**
**Personal Rep. FBO Charles W. Macey**
**POB 778**
**Rockaway Beach, OR 97136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**
☐ Yes

---

| 3.25 5 | **Nonpriority creditor's name and mailing address** | | $    0.00 |
|---|---|---|---|

**Parkrose Investment Club**
**c/o Denny Westover**
**4420 NE 105th Ave.**
**Portland, OR 97220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**
☐ Yes

---

| 3.25 6 | **Nonpriority creditor's name and mailing address** | | $    0.00 |
|---|---|---|---|

**Patricia Roxanne Hammond**
**1285 Crowley St. SE**
**Salem, OR 97302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**
☐ Yes

---

| 3.25 7 | **Nonpriority creditor's name and mailing address** | | $    0.00 |
|---|---|---|---|

**Paul H. & Colleen I. Hosper**
**Joint Tenants**
**7448 N. Olin Ave.**
**Portland, OR 97203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**
☐ Yes

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.25 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paul J. Freeman**
**3511 Edgewood Dr.**
**Vancouver, WA 98661**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.25 9 |

**Nonpriority creditor's name and mailing address**
**Paul M. Henry, Jr. & Dorothy S. Henry**
**Joint Tenants**
**1707 Roanoke St.**
**Placentia, CA 92670**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:** **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.26 0 |

**Nonpriority creditor's name and mailing address**
**Paul T. Atkinson & Kathleen M. Atkinson**
**511 SE Stephens**
**Roseburg, OR 97470**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:** **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.26 1 |

**Nonpriority creditor's name and mailing address**
**Peggy Slayton**
**2941 NE 27th**
**Gresham, OR 97030**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

**Basis for the claim:** **Precautionary / Shareholder**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | | |
|---|---|---|
| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | **none** | ☐ Yes |

---

<table>
<tr><td>3.26<br>2</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Percy &amp; Eleanor Gard</b><br><b>Joint Tenants</b><br><b>35454 State Hwy 58</b><br><b>Pleasant Hill, OR 97455</b></td><td>As of the petition filing date, the claim is:<br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   <b>Precautionary / Shareholder</b></td><td>$    <b>0.00</b></td></tr>
</table>

| | | |
|---|---|---|
| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | **none** | ☐ Yes |

---

<table>
<tr><td>3.26<br>3</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Pete Anthony &amp; Leonora Anthony</b><br><b>Joint Tenants</b><br><b>38435 Reed Rd.</b><br><b>Nehalem, OR 97131</b></td><td>As of the petition filing date, the claim is:<br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   <b>Precautionary / Shareholder</b></td><td>$    <b>0.00</b></td></tr>
</table>

| | | |
|---|---|---|
| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | **none** | ☐ Yes |

---

<table>
<tr><td>3.26<br>4</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Peter J. Gregos</b><br><b>1744 SE 104th Court</b><br><b>Portland, OR 97216</b></td><td>As of the petition filing date, the claim is:<br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   <b>Precautionary / Shareholder</b></td><td>$    <b>0.00</b></td></tr>
</table>

| | | |
|---|---|---|
| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | **none** | ☐ Yes |

---

<table>
<tr><td>3.26<br>5</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Peter J. Gregos</b><br><b>Custodian for John C. Gregos, a Minor</b><br><b>1744 SE 104th Court</b><br><b>Portland, OR 97216</b></td><td>As of the petition filing date, the claim is:<br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td>$    <b>0.00</b></td></tr>
</table>

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.26 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Philadep & Co.**
**1900 Market St.**
**Philadelphia, PA 19103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.26 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Port Services Co.**
**POB 03238**
**6347 Marine Dr.**
**Portland, OR 97203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.26 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**R.J. Mattecheck, Jr.**
**2670 Sheridan Ave.**
**North Bend, OR 97459**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.26 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$    **0.00**

---

**Ralph Carroll & Shallihne R. Carroll**
**Joint Tenants**
**2903 SE Rex**
**Portland, OR 97202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**

☐ Yes

---

| 3.27 0 | **Nonpriority creditor's name and mailing address** | | | $ | **0.00** |

**3.27 0**

**Nonpriority creditor's name and mailing address**
**Ray Gunesch**
**18446 SE Tibbetts Ct.**
**Gresham, OR 97030**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**

☐ Yes

---

**3.27 1**

**Nonpriority creditor's name and mailing address**
**Ray S. & Mildred M. Landry**
**Joint Tenants**
**7234 SE 62nd Ave.**
**Portland, OR 97206**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**

☐ Yes

---

**3.27 2**

**Nonpriority creditor's name and mailing address**
**Raymond P. & Vicki S. Soderberg**
**JTWROS**
**Route 2 Box 275D**
**Sherwood, OR 97140**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **none**

☐ Yes

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | | |
|---|---|---|
| **3.27 3** | | $ **0.00** |

**Nonpriority creditor's name and mailing address**
**Raymond Vantine**
**2979 SE 79th**
**Portland, OR 97233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **none**

■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.27 4** | | $ **0.00** |

**Nonpriority creditor's name and mailing address**
**Richard & Virginia Mathews**
**Joint Tenants**
**6808 SW Canyon Crest Dr.**
**Portland, OR 97225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **none**

■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.27 5** | | $ **0.00** |

**Nonpriority creditor's name and mailing address**
**Richard A. Backstrom**
**1320 Rimrock Dr.**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **none**

■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.27 6** | | $ **0.00** |

**Nonpriority creditor's name and mailing address**
**Richard D. Wagner**
**Richard D. Wagner, a Minor**
**15942 SE Main**
**Portland, OR 97233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | | |
|---|---|---|
| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | **none** | ☐ Yes |

---

**3.27 7**

Nonpriority creditor's name and mailing address
**Richard Kreitzberg**
**c/o Chenoweth Law Group**
**510 SW 5th Ave., Suite 500**
**Portland, OR 97204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Pending Lawsuit**

$    **0.00**

Date or dates debt was incurred

Is the claim subject to offset?
■ No

Last 4 digits of account number    **10SI**
☐ Yes

---

**3.27 8**

Nonpriority creditor's name and mailing address
**Richard L. & Susan E. Meredith**
**Joint Tenants**
**148 SE Houck**
**Roseburg, OR 97470**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

Is the claim subject to offset?
■ No

Last 4 digits of account number    **none**
☐ Yes

---

**3.27 9**

Nonpriority creditor's name and mailing address
**Richard M. & Haleyone E. Taylor**
**Joint Tenants**
**POB 1317**
**Claypool, AZ 85532**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

Date or dates debt was incurred

Is the claim subject to offset?
■ No

Last 4 digits of account number    **none**
☐ Yes

---

**3.28 0**

Nonpriority creditor's name and mailing address
**Richard M. & Sylvia R. Hageboeck**
**Joint Tenants**
**5470 SW Dover Loop**
**Portland, OR 97225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.28 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Robert A. & Elizabeth Batchelder**
**JTWROS**
**12025 SW 119th Ave.**
**Tigard, OR 97223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.28 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Robert B. & Anna L. Strick**
**Joint Tenants**
**5040 NE Ainsworth**
**Portland, OR 97218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.28 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Robert H. & Clarence D. Raper**
**913 E. 1st Street**
**Bend, OR 97701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.28 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Robert L. & Audrey C. Milton**
**Joint Tenants**
**10478 SE 53rd Place**
**Milwaukie, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.28 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Robert L. & Marie L. Hilliker**
**Joint Tenants**
**18290 SW Broad Oak Ct.**
**Aloha, OR 97007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.28 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Robert L. Baker & Arlene H. Baker**
**Joint Tenants**
**730 NE 21st**
**Portland, OR 97232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.28 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Robert M. & Georgiana R. Grinsell**
**JTWROS**
**11904 SE Foster Rd.**
**Portland, OR 97266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.28 8 | **Nonpriority creditor's name and mailing address**<br>**Roger & Loretta Thompson**<br>**JTWROS**<br>**7585 Granada Dr.**<br>**Redding, CA 96002** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary / Shareholder** | $  **0.00** |

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No
☐ Yes

| 3.28 9 | **Nonpriority creditor's name and mailing address**<br>**Rosa Hess**<br>**353 Monitor Rd.**<br>**Silverton, OR 97381** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary / Shareholder** | $  **0.00** |

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No
☐ Yes

| 3.29 0 | **Nonpriority creditor's name and mailing address**<br>**Rowena C. Piluso**<br>**1616 Jackson Park Rd.**<br>**Troutdale, OR 97060** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary / Shareholder** | $  **0.00** |

Date or dates debt was incurred

Last 4 digits of account number    **none**

**Is the claim subject to offset?**

■ No
☐ Yes

| 3.29 1 | **Nonpriority creditor's name and mailing address**<br>**Ruth Eissler**<br>**JTWROS**<br>**300 Central Park West**<br>**New York, NY 10024** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary / Shareholder** | $  **0.00** |

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **none** | ☐ Yes |

---

| 3.29 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $   **0.00** |
|---|---|---|---|

**Ruth L. Pruitt**
**6805 SW 8th Ave.**
**Portland, OR 97219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **none** | ☐ Yes |

---

| 3.29 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $   **0.00** |
|---|---|---|---|

**Ruth M. Frerer**
**3805 Knox Butte Rd.**
**Albany, OR 97321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **none** | ☐ Yes |

---

| 3.29 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $   **0.00** |
|---|---|---|---|

**Sebastian M. Andreas & Mildred Andreas**
**Joint Tenants**
**17209 NE Wasco St.**
**Portland, OR 97230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **none** | ☐ Yes |

---

| 3.29 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $   **0.00** |
|---|---|---|---|

**Sharon A. Curran**
**13002 Wildwood Dr.**
**Sun City West, AZ 85375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.29 6 | **Nonpriority creditor's name and mailing address**<br>**Shearson Lehman Hutton, Inc.**<br>**388 Greenwich Street**<br>**New York, NY 10013** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.29 7 | **Nonpriority creditor's name and mailing address**<br>**Shirley Ann Tracer**<br>**20321 Homestead Drive**<br>**Oregon City, OR 97045** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.29 8 | **Nonpriority creditor's name and mailing address**<br>**Shirley Anne Lindberg**<br>**Route 4, Box 1756**<br>**Gresham, OR 97030** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.29 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |

---

**Shirley Carol Tarnasky**
**3140 SW Westwood Drive**
**Portland, OR 97225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.30 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Sol J. Riffel**
**17230 SW Withywindlo Ct.**
**Durham, OR 97223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.30 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Stan B. & Madelyn H. Thompson**
**Joint Tenants**
**785 North 2nd**
**Coos Bay, OR 97420**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.30 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Stanton W. Nystrom**
**5535 E. Evergreen Blvd. #7404**
**Vancouver, WA 98661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| 3.30 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Stephen & Diane McCarthy
JTWROS
3570 SW 25th St.
Eugene, OR 97402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.30 4 |

**Nonpriority creditor's name and mailing address**

**Steven J. & Sherry L. Smith
Joint Tenants
4061 Harmon Lane
Springfield, OR 97478**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$ **0.00**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.30 5 |

**Nonpriority creditor's name and mailing address**

**Susan M. Sanders
7880 SE Hood Ct.
Milwaukie, OR 97222**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$ **0.00**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.30 6 |

**Nonpriority creditor's name and mailing address**

**Susie M. Ruppert
3805 Knox Butte Rd.
Albany, OR 97321**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$ **0.00**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.30 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Theodore R. & Mary E. Kincaid**
**Joint Tenants**
**17095 SW Farmington Rd.**
**Beaverton, OR 97005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$   **0.00**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.30 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Theodore S. & Rkuth M. Comins**
**Joint Tenants**
**Route 3, Box 213**
**Sherwood, OR 97140**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$   **0.00**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.30 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas A. & Lorraine L. Thompson**
**Joint Tenants**
**4015 NE Hassalo**
**Portland, OR 97232**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

$   **0.00**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.31 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thomas Allen & Evelyn Rapp**
**Joint Tenants**
**3605 Sw 144th Ave.**
**Beaverton, OR 97005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.31 1 | **Nonpriority creditor's name and mailing address**<br>**Thomas B. McVie**<br>**1902 NE 79th Ave.**<br>**Portland, OR 97213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.31 2 | **Nonpriority creditor's name and mailing address**<br>**Thomas C. & Marsha L. Cutter**<br>**JTWROS**<br>**3624 SW Caldew**<br>**Portland, OR 97219** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.31 3 | **Nonpriority creditor's name and mailing address**<br>**Thomas C. Drugan**<br>**1430 SE Duke**<br>**Portland, OR 97202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

Basis for the claim:    **Precautionary / Shareholder**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **none**    ☐ Yes

---

| 3.31 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $    **0.00** |

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**Thomas H. Liberator**
**POB 13241**
**Portland, OR 97213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.31<br>5 | **Nonpriority creditor's name and mailing address**<br>**Thomas Neumann**<br>**2201 Maple Valley Hwy. #117**<br>**Renton, WA 98058** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.31<br>6 | **Nonpriority creditor's name and mailing address**<br>**Thomas O. Carter**<br>**7640 SE 30th Ave.**<br>**Portland, OR 97202** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

| 3.31<br>7 | **Nonpriority creditor's name and mailing address**<br>**Thomas R. & Charlotte J. Woolcott**<br>**31516 Rudolph Rd.**<br>**Cottage Grove, OR 97424** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **none**

---

Case 16-30477-rld11   Doc 19   Filed 02/25/16

| 3.31 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**3.31 8**

**Nonpriority creditor's name and mailing address**
Thomas R. Bochsler & Dorothy A.
Bochsler
Joint Tenants
17073 Old Mehama Rd. SE
Stayton, OR 97383

$ **0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

---

**3.31 9**

**Nonpriority creditor's name and mailing address**
Timothy A. Hein
7115 N. Campbell St.
Portland, OR 97217

$ **0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

---

**3.32 0**

**Nonpriority creditor's name and mailing address**
Tom P. & Katherine M. Pappas
Joint Tenants
6121 SW Kelly Ave.
Portland, OR 97201

$ **0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

Last 4 digits of account number    **none**

Is the claim subject to offset?
■ No
☐ Yes

---

**3.32 1**

**Nonpriority creditor's name and mailing address**
Unit & Co. Trust Dept.
US National Bank
POB 3168
Portland, OR 97208

$ **0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number    **none** | ☐ Yes |

---

**3.32 2**

**Nonpriority creditor's name and mailing address**
**United Finance Co., a Partnership**
**817 NE Broadway**
**Portland, OR 97212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number    **none** | ☐ Yes |

---

**3.32 3**

**Nonpriority creditor's name and mailing address**
**United Land Investments of California**
**Burt W. Rogoway**
**5493 Mission**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number    **none** | ☐ Yes |

---

**3.32 4**

**Nonpriority creditor's name and mailing address**
**Verne L. Zeller, Jr.**
**10019 NE 59th**
**Vancouver, WA 98662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Precautionary / Shareholder**

$    **0.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number    **none** | ☐ Yes |

---

**3.32 5**

**Nonpriority creditor's name and mailing address**
**Virginia D. Pigeon**
**2835 SE 47th Ave. #15**
**Portland, OR 97206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **0.00**

---

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.32 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**W. James & Virginia Lee Reynolds**
**JTWROS**
**12373 Wiese Rd.**
**Boring, OR 97009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.32 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**Wallace Yee**
**1963 Parkview Circle**
**Milwaukie, OR 97222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.32 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**Walter O. & Doris A. Wehler**
**Joint Tenants**
**6855 SW Boechman**
**Wilsonville, OR 97070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Precautionary / Shareholder**

Date or dates debt was incurred

Last 4 digits of account number   **none**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.32 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

Case 16-30477-rld11   Doc 19   Filed 02/25/16

**Wayne Hodges & John Mayea**
**Joint Tenants**
**POB 378**
**Port Orford, OR 97465**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.33 0 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |
|---|---|---|---|---|

**Werner J. & Alvina R. Jarms**
**Joint Tenants**
**3955 Haysville NE**
**Salem, OR 97305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.33 1 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |
|---|---|---|---|---|

**Willard J. & Jean A. Fisher**
**Joint Tenants**
**2085 Clearview Ct.**
**Walnut Creek, CA 94598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

| 3.33 2 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |
|---|---|---|---|---|

**William Boon Borgeson**
**10090 SW Beaverton Hillsdale Hwy**
**Beaverton, OR 97005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Precautionary / Shareholder

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

First Name          Middle Name              Last Name

---

| 3.33 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Nonpriority creditor's name and mailing address**
**William D. & Kathleen M. Herrett**
**Joint Tenants**
**134 NE 125th Ave.**
**Portland, OR 97230**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

**Nonpriority creditor's name and mailing address**
3.33 4

**William E. & Marion M. Peterson**
**Joint Tenants**
**385 S. 17th Street**
**Saint Helens, OR 97051**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

**Nonpriority creditor's name and mailing address**
3.33 5

**William F. Holdner**
**975 SE Sandy Blvd.**
**Portland, OR 97214**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:**    **Precautionary / Shareholder**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **none**

---

**Nonpriority creditor's name and mailing address**
3.33 6

**William F. Holdner**
**975 SE Sandy Blvd.**
**Portland, OR 97214**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:**    **Possible Claim for Unpaid Salary**

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.33 7 | **Nonpriority creditor's name and mailing address**<br>**William J. & Oreva I. Dilley**<br>**6911 N. Anderson Rd.**<br>**Vancouver, WA 98661** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**    **Precautionary / Shareholder** | $    **0.00** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.33 8 | **Nonpriority creditor's name and mailing address**<br>**William T. Reinmiller**<br>**6277 SE Stark St.**<br>**Portland, OR 97215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**    **Precautionary / Shareholder** | $    **0.00** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.33 9 | **Nonpriority creditor's name and mailing address**<br>**William W. & Mary E. Hupper**<br>**Joint Tenants**<br>**12108 SE River Rd.**<br>**Milwaukie, OR 97222** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**    **Precautionary / Shareholder** | $    **0.00** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **none**

■ No
☐ Yes

---

| 3.34 0 | **Nonpriority creditor's name and mailing address**<br>**William Y. & Ida T. Sugahiro**<br>**Joint Tenants**<br>**15063 SE Orchid Ave.**<br>**Milwaukie, OR 97267** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **none**

☑ No

☐ Yes

---

| 3.34 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**Willie R. Bowles & Juliette W. Bowles**
**Joint Tenants**
**2804 NE 156th**
**Portland, OR 97230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **none**

☑ No

☐ Yes

---

| 3.34 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**Yoshinobu & Artyce Terada**
**13854 SE Foster Rd.**
**Portland, OR 97236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **none**

☑ No

☐ Yes

---

| 3.34 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**Zelma L. Schmolke**
**POB 773**
**Glacier Apt. 2141**
**Eatonville, WA 98328-0773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary / Shareholder**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **none**

☑ No

☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

Case 16-30477-rld11    Doc 19    Filed 02/25/16

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Chenoweth Law Group**<br>**510 SW 5th Ave., Suite 500**<br>**Portland, OR 97204** | Line **3.277**<br>☐ Not listed. Explain _____ | _____ |
| 4.2 | **Multnomah County Circuit Court**<br>**1021 SW 4th Ave**<br>**Portland, OR 97204** | Line **3.277**<br>☐ Not listed. Explain _____ | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,302.73 |
| 5b. Total claims from Part 2 | 5b. + | $ 72,919.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 74,222.71 |

Fill in this information to identify the case:

Debtor name **Data Systems, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **16-30477-rld11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Lease in Commerical Property** | |
| State the term remaining | **Assured Dental Laboratory, Inc.** |
| List the contract number of any government contract | **936 SE Ankeny**<br>**Portland, OR 97214** |

**Fill in this information to identify the case:**

Debtor name    **Data Systems, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **16-30477-rld11**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |

Case 16-30477-rld11     Doc 19     Filed 02/25/16

Fill in this information to identify the case:

Debtor name **Data Systems, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **16-30477-rld11**

☐ Check if this is an
amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **12/15**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **11/01/2015** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $66,447.36 |
| **For year before that:**<br>From **11/01/2014** to **10/31/2015** | ■ Operating a business<br>☐ Other _____ | $131,800.00 |
| **For the fiscal year:**<br>From **11/01/2013** to **10/31/2014** | ■ Operating a business<br>☐ Other _____ | $142,642.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
   lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case 16-30477-rld11     Doc 19     Filed 02/25/16

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Data Systems, Inc. v. Richard Kreitzberg et al**<br>**3'16CV-0110-SI** | Civil | **Federal District Court of Oregon**<br>**1000 SW 3rd Ave. #740**<br>**Portland, OR 97204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Richard Kreitzberg vs. Data Systems, Inc. et al**<br>**15CV07240** | | **Multnomah County Circuit Court**<br>**1021 SW 4th Ave**<br>**Portland, OR 97204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Troutman Law Firm, PC**<br>**5075 SW Griffith Drive, Suite 220**<br>**Beaverton, OR 97005** | | **02/11/2016** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

     ■ No.
     ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

---

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **DSI, Inc.**<br>**975 SE Sandy Blvd.**<br>**Portland, OR 97214** | **Lot/Land Owner** | **EIN:**    93-0562001<br><br>**From-To**   09/1967 - Present |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Holdner Backstrom Baum & Co., CPA's**<br>**975 SE Sandy Blvd.**<br>**Portland, OR 97214** | **1967 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jane Sydney Baum** | **975 SE Sandy Blvd.**<br>**Portland, OR 97214** | **Shareholder** | **149,362.00 Shares** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William F. Holdner** | **975 SE Sandy Blvd.**<br>**Portland, OR 97214** | **Shareholder** | **135,100 Shares** |

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Sol J. Riffel** | **17230 SW Withywindlo Ct.** **Durham, OR 97223** | **Shareholder** | **200.00 Shares** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **William F. Holdner** **975 SE Sandy Blvd.** **Portland, OR 97214** | **$66,015.07** | **12/31/15** | **converted salary advance taken in 2008-2009 to W2. Advance accrued interest at 3.5%** |
| | Relationship to debtor **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 25, 2016**

**/s/ William F. Holdner**                                    **William F. Holdner**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Case 16-30477-rld11      Doc 19      Filed 02/25/16

# United States Bankruptcy Court
## District of Oregon

In re **Data Systems, Inc.**        Case No.   **16-30477-rld11**

Debtor(s)     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SEE ATTACHED LIST** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 25, 2016**        Signature   **/s/ William F. Holdner**

                                                     **William F. Holdner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# DATA SYSTEMS STOCK
## SHAREHOLDER NAMES AND ADDRESSES
### July 2, 2015

| Name & Address | Shares |
|---|---|
| JOHN J. ADAMS AND GLORIA ADAMS JTWROS 8845 S.W. OLESON ROAD PORTLAND, OR 97223 | 200.00 |
| JOHN J. ADAMS, CUST. U/L/O FOR DOUGLAS S. ADAMS A MINOR 8845 S.W. OLESON RD. PORTLAND, OR 97223 | 100.00 |
| KEITH M. ADEN TR 3/12/84 FOR THE ALTON K. ADEN RL TRUST BOX 1501 LAKE OSWEGO, OR 97035 | 100.00 |
| ESTELLE A. ALEX, CUSTODIAN PETER DEAN ALEX. A MINOR 01900 S.W. PALATINE HILL RD. PORTLAND, OR 97219 | 100.00 |
| ESTELLE A. ALEX, CUSTODIAN JAMES S. ALEX, JR. A MINOR 01900 S.W. PALATINE HILL RD. PORTLAND, OR 97219 | 100.00 |
| B. DAN ALEXANDER 3208 CAHVENGA BLVD. # 58 LOS ANGELES, CA 90068 | 100.00 |
| JOAN E. ANCHONDO RT. 1, BOX 1474 LAGRANDE, OR 97850 | 100.00 |
| CARL E. ANDERSON & GOLDIE V. ANDERSON JT TEN 2714 HAWORTH AVE. NEWBERG, OR 97132 | 300.00 |
| EDWIN L. ANDERSON 2923 LOCUST S.E. ALBANY, OR 97321 | 300.00 |
| EUGENE D. ANDERSON & BETTY L. ANDERSON JT TEN 1402 SHERMAN NORTH BEND, OR 97459 | 100.00 |
| H. A. ANDERSON 3427 N.E. HALSEY PORTLAND, OR 97232 | 200.00 |
| JOHN J. ANDEAS, CUST. SHEILA A. ANDREAS, A MINOR 5918 S.W. CORBETT PORTLAND, OR 97201 | 100.00 |
| LEO A. ANDREAS & ALMA JT TEN 3182 MATHENY RD. N.E. GERVAIS, OR 97026 | 100.00 |
| SEBASTIAN M. ANDREAS & MILDRED ANDRES JT TEN 17209 N.E. WASCO ST. PORTLAND, OR 97230 | 100.00 |
| PETE ANTHONY & LEONORA ANTHONY JT TEN 38435 REED RD. NEHALEM, OR 97131 | 150.00 |
| DONALD W. ASPROS & MARY E. ASPROS JT TEN 13817 N.E. KLICKITAT CT. PORTLAND, OR 97230 | 100.00 |
| FRED ASSAM 530 S. PHILLIPS SIOUX FALLS, SOUTH DAKOTA 57102 | 300.00 |
| ATKINSON, JOHN D. & SHJARON J. ATKINSON JT TEN 6 N.W. EDGEWOOD DRIVE CORVALLIS, OR 97330 | 150.00 |
| ATKINSTON, PAUL T. & KATHLEEN M. ATKINSON 511 SE STEPHENS ROSEBURG, OR 97470 | 100.00 |
| AUER & CO. C/O BANKERS TRUST CO. P.O. BOX 704 CHURCH STREET STATION NEW YORK, NY 10008 | 400.00 |
| DOUGLAS W. AUSTIN 3889 DAKOTA ROAD SALEM, OR 97302 | 100.00 |
| B.H.C. SECURITIES, INC. 2005 MARKET STREET PHILADELPHIA, PA 19103 | 100.00 |
| RICHARD A. BACKSTROM 1320 RIMROCK DR. SAN JOSE, CA 97129 95120 | 100.00 |
| JIM R. BAKER ROUTE 2, BOX 752F BORING, OR 97009 | 500.00 |
| JIM R BAKER ROUTE 2 BOX 752F BORING OREGON 97009 | 100.00 |
| ROBERT L. BAKER & ARLENE H. BAKER JT TEN 730 N.E. 21ST PORTLAND, OR 97232 | 100.00 |
| DOUGLAS R. BALKEMA 12704 S.E. 15TH ST. VANCOUVER, WA 98684 | 300.00 |
| LEANDER R. BARRETT & RUTH I. BARRETT JT TEN 30 N.E. 157TH PORTLAND, OR 97230 | 200.00 |
| ROBERT A. BATCHELDER & ELIZABETH BATCHELDER, JTWROS 12025 S.W. 119TH AVE. TIGARD, OR 97223 | 55.00 |
| JOHN A. BATES & JOYCE E. BATES JT TEN 935 S.E. 179TH PORTLAND, OR 97233 | 100.00 |
| JANE SYDNEY BAUM 975 SE SANDY BLVD. PORTLAND, OR 97214 | 100.00 |
| GILBERT E. BEMIS & LA VERNA BEMIS JT TEN 12846 S.E. 126TH CLACKAMAS, OR 97015 | 149,362.00 |
| | 200.00 |

| Name & Address | Shares |
|---|---|
| J. P. BERGSTROM P.O. BOX 358 ELGIN, OR 97827 | 100.00 |
| CARL W. BERNER 813 JEFFERSON AVE N.E. RENTON, WA 98056 | 500.00 |
| THOMAS R. BOCHSLER & DOROTHY A. BOCHSLER JT TEN 17073 OLD MEHAMA RD. S.E. STAYTON, OR 97383 | 200.00 |
| WILLIAM BOON BORGESON 10090 S.W. BEAVERTON-HILLSDALE BEVERTON, OR 97005 | 25.00 |
| WILLIE W. BOWLES & JULIETTE W. BOWLES JT TEN 2804 N.E. 156TH PORTLAND, OR 97230 | 25.00 |
| JOHN BOZICH & DOLORES L. BOZICH JT TEN 2609 S.W. PARK PLACE PORTLAND, OR 97201 | 500.00 |
| JAY BREIDENBACH 4009 S.E. OAK ST. PORTLAND, OR 97214 | 100.00 |
| DUDLEY M. BRIGHT M.D. 1251 LANCASTER DR. N.E. SALEM, OR 97301 | 600.00 |
| DUDLEY M. BRIGHT, CUST. JENNIFER ANNE BRIGHT, A MINOR 1409 BEAUMONT DR. N.W. SALEM, OR 97304 | 200.00 |
| JAMES L. BRINEY 20762 S. UPPER HIGHLAND RD. BEAVERCREEK, OR 97004 | 100.00 |
| J. FRANKLIN BROOKS STAR ROUTE, BOX 709 MADRAS, OR 97741 | 150.00 |
| MICHAEL G. BROWN & SHARON E. JT TEN 794 N. SHIRLEY DRIVE ORANGE, CA 92667 | 100.00 |
| C. GORDON BROWNELL & CHLORIS B. JT TEEN P.O. BOX 194 STAR ROUTE S. SOUTH BEACH, OR 97366 | 100.00 |
| BS INVESTMENT SERVICES, INC. 555 CALIFORNIA ST., 4TH FL. SAN FRANCISCO, CA 94104 | 133.00 |
| LARRY W. BUTLER &* BURIEL L. JT TEN 2580 GARDENS VENUE REEDSPORT, OR 97467 | 50.00 |
| DONALD L. BUZZELLI 5693 S.E. WAYMIRE MILWAUKIE, OR 97222 | 100.00 |
| MARY H. BUZZELLI 5693 S.E. WAYMIRE MILWAUKIE, OR 97222 | 100.00 |
| FRANCES A. CALKINS, TRUSTEE CALKINS LIVING TRUST P.O. BOX 2 BRIGHTWOOD, OR 97011 | 100.00 |
| MICHAEL W. CALKINS P.O. BOX 2 BRIGHTWOOD, OR 97011 | 100.00 |
| AL CARDER 533 W. 26TH PLACE KENNEWICK, WA 99337 | 50.00 |
| RALPH CARROLL & SHALLIHNE R. CARROLL JT TEN 2903 S.E. REX PORTLAND, OR 97202 | 100.00 |
| ELSIE CARTER PINEVIEW STAR RT., BOX 219 STURGIS, SOUTH DAKOTA 57785 | 100.00 |
| JUDITH JANE CARTER 207 DARTMOOR DDR. EGENE, OR 97401 | 200.00 |
| THOMAS O. CARTER 7640 S.E. 30TH AVENUE PORTLAND, OR 97202 | 100.00 |
| CEDE & CO. P.O. BOX 20 BOWLING GREEN STATION NEW YORK, NY 10004 | 232,967.00 |
| JAMES M. CENTER & CAROLINE A. CENTER JT T 2428 S.E. 64TH PORTLAND, OR 97206 | 165.00 |
| ELTON W. CHASE EAT 1811-22236TH SPOKANE, WA 99203 | 100.00 |
| FRANK B. CHASE & SUSAN J. CHASE JT TEN 4132 ADELAIDE, APT. A KLAMATH FALLS, OR 979063 | 200.00 |
| GERALDINE L. CHISHOLM & JOHN R. CHISHOLM PLO. BOX 915 SEASIDE, OR 97138 | 880.00 |
| ALEXANDER CHRISTY 17451 S. UPPER CHERRY LANE LAKE OSWEGO, OR 97034 | 100.00 |
| AMBROSE CHURCHILL BLACK BUTTE RANCH SISTERS, OR 97759 | 1.00 |
| ANITA F. CLARK ROUTE 1, BOX 98 CORNELIUS, OR 97113 | 100.00 |

# DATA SYSTEMS STOCK
## SHAREHOLDER NAMES AND ADDRESSES
### July 2, 2015

| Name & Address | Shares |
|---|---|
| JOE E. COCHRANE BUST FOR TY COCHRANE - A MINOR 15775 OAKDALE ROAD DALLAS, OR 97338 | 15.00 |
| CHARLES E. COLTON & MARJORIE H. COLTON JW P.O. BOX 2249 VANCOUVER, WA 98668 | 250.00 |
| THEODORE S. COMINS & RKUTH M. COMINS JT TEN ROUTE 3, BOX 213 SHERWOOD, OR 97140 | 100.00 |
| CARLTON T. CONNER & JANELL CONNER JT TEN 497 PARK NORTH BEND, OR 97459 | 332.00 |
| DEAN R. COPELAND CUST DIANE S. COPELAND, A MINOR 4124 S.W. CANBY STREET PORTLAND, OR 97219 | 100.00 |
| BYRON E. COUNTS & ESTHER R. JT TEN 33260 SHORE DR. PACIFIC CITY, OR 97135 | 100.00 |
| DAVID F. COURSEN 9320 OCALA ST. SILVER SRINGS, MD 20901 | 150.00 |
| ALVIN L. CROCKETT & VERDALL B. CROCKETT JT TEN 1838 CRESCENT AVE. EUGENE, OR 97401 | 200.00 |
| EDGAR C. CUMMINGS & LILLIAN M. CUMMINGS JT TEN P.O. BOX 254 SWEET HOME, OR 97386 | 100.00 |
| SHARON A. CURRAN 13002 WILLDWOOD DR. SUN CITY WEST, AZ 85375 | 400.00 |
| THOMAS C. CUTTER & MARSHA L. CUTTER JTWROS 3624 S.W. CALDEW PORTLAND, OR 97219 | 100.00 |
| DATA SYSTEMS, INC. 975 SE SANDY BLVD. PORTLAND, OR 97214 | 21,300.00 |
| DARREL DAVIS & BEVERLY A. DAVIS 4101 N. SUTTLE RD., PIER 3 PORTLAND, OR 97217 | 210.00 |
| ELIZABETH ANNE DAY 190 S. FIRST, UNIT 1 ST. HELENS, OR 97051 | 500.00 |
| CLARENCE E. DECK & LOVELL F. DECK JT TEN 3114 S.E. 171ST DRIVE PORTLAND, OR 97236 | 50.00 |
| CHRISTINA DEMAS 6420 N.E. 30TH PORTLAND, OR 97232 | 100.00 |
| WILLIAM J. DILLEY & OREVA I. DILLEY JT TEN 6911 N. ANDERSON ROAD VANCOUVER, WA 98661 | 200.00 |
| DIVERSIFIED INDUSTRIES, INC. 975 SE SANDY BLVD. PORTLAND, OR 97213 | 13,800.00 |
| JOHN T. DOHERTY 9450 MURLEA LANE PORTLAND, OR 97229 | 50.00 |
| LARRY A. DONALDSON & MARLENE DONALDSON JT TEN 14734 S.E. 131ST DR. CLACKAMAS, OR 97015 | 65.00 |
| J.P. DONNELLY, CUST DOUGLAS JAMES DONNELLY 2928 LAUREL ROAD LONGVIEW, AS 98612 | 350.00 |
| KENNETH L. DREWS 2028 FISHER RD. ROSEBURG, OR 97470 | 75.00 |
| THOMAS C. DRUGAN 1430 S.E. DUKE PORTLAND, OR 97202 | 100.00 |
| CALVIN DUNHAM 1116 S.E. LAMBERT PORTLAND, OR 97202 | 200.00 |
| FRANK H. DYE & MARY ELDA DYE JT TEN 416 SE HALE DR. GRESHAM, OR 97030 | 300.00 |
| JUANITA B. DYSART 7010 S.W. RALEIGHWOOD LANE lPORTLAND, OR 97225 | 200.00 |
| DOLENO VAE EILERTSEN 565 W. JUNIPER COURT GRESHAM, OR 97030 | 50.00 |
| JOHN R. EISSLER 623 S.W. PARK AVENUE PORTLAND, OR 97205 | 1.00 |
| RUTH EISSLER JTWROS 300 CENTRAL PARK WEST NEW YORK, N.Y. 10024 | 133.00 |
| LOREN D. EUBANK 209 PICKFORD LANE CORVALLIS, OR 97330 | 50.00 |
| JOHN EWART P.O. BOX 4-1008 ANCHORAGE, AK 97330 | 100.00 |
| MABEL A. FENTON 407 NORTH PORTLAND BLVD. PORTLAND, OR 97217 | 100.00 |

Case 16-30477-rld11    Doc 19    Filed 02/25/16

| Name & Address | Shares |
|---|---|
| WILLARD J. FISHER & MRS. JEAN A. FISHER, JT TEN 2085 CLEARVIEW CT. WALNUT CREEK, CA 94598 | 400.00 |
| JOHN J. FITZPATRICK & ANN FITZPATRICK 401 N. FIRST AVE. HILLSBORO, OR 97123 | 200.00 |
| MARVIN M. FLITCROFT 4130 S.E. 75TH PORTLAND, OR 97206 | 115.00 |
| BONNIE MAE FOUST E. 6300 FIRST, SP. 134 SPOKANE, WA 99212 | 400.00 |
| LEON A. FRAPPIER & CAROLINE L. FRAPPIER JT TEN 2874 COLUMBIA BLVD. ST. HELENS, OR 97051 | 100.00 |
| PAUL J. FREEMAN 3511 EDGEWOOD DRIVE VANCOUVER, WA 98661 | 100.00 |
| HELEN A. FRENCH 3522 E. BURNSIDE PORTLAND, OR 97214 | 100.00 |
| RUTH M. FRERER '& SUSIE M. RUPPERT 3805 KNOX BUTTE RD. ALBANY, OR 97321 | 100.00 |
| LLOYD F. FRESE & LOUISA FRESE JT TEN ROUTE 1, BOX 180 BEND, OR 97701 | 100.00 |
| JOSEPH D. FULOP 60 CAMINO ARROYO PLACE PALM DESERT, CA 92261 | 200.00 |
| PERCY GARD & ELEANOR GARD JT TEN 35454 STATE HWY. 58 PLEASANT HILL, OR 97455 | 1,000.00 |
| GLENN D. GARFIELD & MARILYNN M. GARFIELD JT TEN 7020 VALLEY VIEW DRIVE GLADSTONE, OR 97027 | 245.00 |
| GLENN D. GARFIELD, CUST FOR KIMBERLY ANN GARFIELD 7020 VALLEY VIEW DRIVE GLADSTONE, OR 97027 | 135.00 |
| GLENN D. GARFIELD, CUSTODIAN UNDER THE LAWS OF OREGON FOR LINDA SUSAN GARFIELD 7020 VALLEY VIEW DRIVE GLADSTONE, OR 97027 | 135.00 |
| GLENN D. GARFIELD, CUST. FOR SCOTT DAVID GARFIELD 7020 VALLEY VIEW DRIVE GLADSTONE, OR 97027 | 135.00 |
| HARRY GAUTHIER 821 M STREET PORT TOWNSEND, WA 98368 | 200.00 |
| JULIA GEORGE & SUE GEORGE JT TEN 32236 N.E. SCHUYLER AVENUE PORTLAND, OR 97212 | 200.00 |
| GREGORY R. GLEASON & BONNIE S. GLEASON JT TEN 16621 S.E. LADD COURT MILWAUKIE, OR 97222 | 2,000.00 |
| LAWRENCE P. GRANTG 3720 N.E. DAVIS STREET PORTLAND, OR 97232 | 140.00 |
| MICHAEL J. GRANT 3720 N.E. DAVIS STREET PORTLAND, OR 97232 | 50.00 |
| GEORGE J. GRASSL & SUSAN R. GRASSL JT TEN 2077 GREENWOOD AVE REEDSPORT, OR 97467 | 300.00 |
| NANCY M. GRAY 57531 SN.W. SSTRAFFEL RD. FOREST GROVE, OR 97116 | 50.00 |
| ALTON W. GREENWADE & NIEL S. EVENSON JT TEN 211 CHERRY LANE SOUTH MONMOUTH, OR 97361 | 150.00 |
| CONNIE E. GREENFIELD, CUST FOR LIBBY LAUREN GREENFIELD 7200 S.W. 6TH AVENUE PORTLAND, OR 97219 | 70.00 |
| MERLE GREENSTEIN 4927 N.W. FRONT AVENUE PORTLAND, OR 97210 | 1,050.00 |
| HERSCHELL GREENWADE & TOM ROBINSON JT TEN 5487 KAYAK WY N.E. SALEM, OR 97303 | 50.00 |
| DARRELL GREENWOOD 1800 S.W. 8TH AVENUE WEST LINN, OR 97068 | 100.00 |
| PETER J. GREGOR 1744 S.E. 104TH COURT PORTLAND, OR 97216 | 50.00 |
| PETER J. GREGOS, CUST FOR JOHN C. GREGOS, A MINOR 1744 S.E. 104TH COURT PORTLAND, OR 97216 | 90.00 |
| A. WESLEY GRILLEY P.O. BOX 817 PENDLETON, OR 97801 | 200.00 |
| JOSEPH P. T. GRINSELL & GUADALUPE GRINSELL 13085 S.W. BURLWOOD BEAVERTON, OR 97005 | 50.00 |
| ROBERT M. GRINSELL & GEORGIANA R. GRINSELL JTWROS 11904 S.E. FOSTER ROAD PORTLAND, OR 97266 | 50.00 |

# DATA SYSTEMS STOCK
## SHAREHOLDER NAMES AND ADDRESSES
### July 2, 2015

| Name & Address | Shares |
|---|---|
| RAY GUNESCH 18446 S.E. TIBBETTS CT. GRESHAM, OR 97030 | 300.00 |
| RICHARD M. HAGEBOECK & SYLVIA R. HAGEBOECK JT TEN 5470 S.W. DOVER LOOP PORTLAND, OR 97225 | 100.00 |
| KENNETH A. HAGUE & BARBARA R. JT TEN 2125 N.E. 138TH PLACE PORTLAND, OR | 100.00 |
| BILLY EUGENE HALL, SR. & IRENE H. HALL JT TEN 1550 FOURTH STREET ASTORIA, OR 97103 | 275.00 |
| MARIAN E. HALLAM 11135 EAST BURNSIDE PORTLAND, OR 97216 | 400.00 |
| PATRICIA ROXANNE HAMMOND 1285 CROWLEY ST., S.E. SALEM, OR 97302 | 50.00 |
| HAMPTON, DANA & CAROLYN SMITH & KIMBERLY JOHNSON 3356 ARGLE DRIVE SOUTH SALEM, OR 97302 | 100.00 |
| GLORIA D. HARDING 12630 S.E. SHELL LANE PORTLAND, OR 97222 | 25.00 |
| JOHN P. HARNETT & MOLLY HARNETT JT TEN 119510 S.W. BUTTERNUT ST. ALOHA, OR 97007 | 100.00 |
| GERALD HARPSTER & JOAN HARPSTER JT TEN 7133 S.E. TAYLOR PORTLAND, OR 97215 | 200.00 |
| MAURICE HAUGLAND 2610 MULBERRY YANKTON, SD 57078 | 600.00 |
| DONALD HAWES & MARJORIE L. 2020 E. 34TH AVENUE ALBANY, OR 97321 | 100.00 |
| HARRIS HECK & VIOLET HECK JT TEN 4705 S.W. 166TH BEAVERTON, OR 97007 | 200.00 |
| JOHN W. HEFT & FLORA A. HEFT 3435 S.E. GLENWOOD PORTLAND, OR 97202 | 100.00 |
| TIMOTHY A. HEIN 7115 N. CAMPBELL STREET PORTLAND, OR 97217 | 100.00 |
| C. LA RUE HEINER 5340 COLUMBIA HEIGHTS RD. LONGVIEW, WA 98632 | 200.00 |
| PAUL M. HENRY, JR. & DOROTHY S. HENRY JT TEN 1707 ROANOKE STREET PLACENTIA, CA 92670 | 100.00 |
| ALFRED B. HERMAN & H ELEN HERMAN JT TEN 3484 S.W. BRENTWOOD DR. PORTLAND, OR 97201 | 1,000.00 |
| WILLIAM D. HERRET & KATHLEEN M. HERRETT JT TEN 134 N.E. 125TH AVENUE PORTLAND, OR 97230 | 100.00 |
| ROSA HESS 353 MONITOR ROAD SILVERTON, OR 97381 | 100.00 |
| DR. WALLACE E. HIGH & DOINA HIGH, JTWROS 306 S.E. COAST HIGHWAY NEWPOIRT, OR 97365 | 1,000.00 |
| ROBERT L. HILLIKER & MARIE L. HILLIKER JT TEN 18290 S.W. BROAD OAK CT. ALOHA, OR 97007 | 100.00 |
| KOICHI K. HIRATA & MAE K. HOICHI 7512 S.E. CENTER PORTLAND, OR 97206 | 100.00 |
| WAYNE HODGES & JOHN MAYEA JT TEN P.O. BOX 378 PORT ORFORD, OR 97465 | 100.00 |
| WILLIAM F. HOLDNER 975 SE SANDY BLVD. PORTLAND, OR 97214 | 135,100.00 |
| LOIS L. HOLLOWAY 4682 PARK MIRASOL CALABASAS PARK, CA 91302 | 250.00 |
| JAMES L. HOPE, CUST. FOR JAMES L. HOPE, A MINOR 108 GREEN COURT NE ALBANY, OR 97321 | 150.00 |
| JAMES L. HOPE GLOBE TRAVEL 108 GREEN COURT N.E. ALBANY, OR 97321 | 50.00 |
| PAUL H. HOSMER & COLLEEN I. HOSPER JT TEN 7448 N. OLIN AVENUE PORTLAND, OR 97203 | 1,000.00 |
| WILLIAM W. HUPPER & MARY E. HUPPER JT TEN 12108 S.E. RIVER RD. MILWAUKIE, OR 97222 | 500.00 |
| JULIAN M. JACOBSON & BETTY A. JACOBSON JT TEN 2717 E. 9TH AVENUE ALBANY, OR 97321 | 100.00 |
| WERNER J. JARMS & ALVINA R. JARMS, JT 3955 HAYSVILLE N.E. SALEM, OR 97305 | 100.00 |

Case 16-30477-rld11    Doc 19    Filed 02/25/16

# DATA SYSTEMS STOCK
## SHAREHOLDER NAMES AND ADDRESSES
### July 2, 2015

| Name & Address | Shares |
|---|---|
| MAGDELENA ALDA JENSEN 6008 LOGAN AVENUE SOUTH MINNEAPOLIS, MN 55419 | 200.00 |
| DONALD J. JESSOP 2356 N.W. HOYT ST. PORTLAND, OR 97210 | 100.00 |
| O. HENRY JEWELL 2823 N.E. 2ND AVENUE CAMAS, WA 98607 | 100.00 |
| GILBERT E. JONES & BEVERLY M. JONES JT TEN 5510 WINDSOR ISLAND RD. N. # 99 SALEM, OR 97303 | 100.00 |
| NEAL H. JUPPENLATZ & ALICE F. JUPPENLATZ JT TEN 7929 S.E. 30TH PORTLAND, OR 97202 | 100.00 |
| MICHAEL C. KANE 3880 N.E. UISTANA PORTLAND, OR 97404 | 20.00 |
| GEORGIA KARUSSOS, CUST. FOR MARCIA ALEX, A MINOR 1706 S.E. 30TH AVENUE PORTLAND, OR 97214 | 100.00 |
| JAMES M. KARUSSOS & GEORGIA KARUSSOS JT TEN 1706 SE 30TH AVENUE PORTLAND, OR 97214 | 350.00 |
| HAWLEY H. KATO & YUKIYE KATO JT TEN 2659 S.W. PLEASANT VIEW DR. GRESHAM, OR 97080 | 200.00 |
| JACK L. KELLER & FAYE L. KELLER JT TEN 99 SECOND STREET LA GRANDE, OR 97850 | 200.00 |
| MARGARET KERRIHARD FOR THE ESTATE OF RUBY BARRETT 17924 23RD LANE N.E. # 102 SEATTLE, WA 98157 | 200.00 |
| CHARLES H. KIES & NANCY ANN KIES JT TEN 2046 N.E. UNION PORTLAND, OR 97212 | 100.00 |
| NANCY ANN KIES, CUST. FOR NICHOLAS KIES, A MINOR 509 VANNIER ST. BELMONT, CA 94002 | 16.00 |
| THEODORE R. KINCAID & MARY E. KINCAID JT TEN 17095 S.W. FARMINGTON RD. BEAVERTON, OR 97005 | 100.00 |
| JOHN P. KNAPP 4335 S.W. ALTADENA AVENUE PORTLAND, OR 97201 | 50.00 |
| O. EDWINA KNAPP 4335 S.W. ALTADENA AVENUE PORTLAND, OR 97201 | 100.00 |
| KATHLEEN BRAND KNEBEL 11014 ST. AMBROSE ST. ANNE, MO 63074 | 50.00 |
| FRED KUIPER P.O. BOX 460 SCAPPOOSE, OR 97056 | 100.00 |
| CHARLOTTE D. LAMB A. CURTIS LAMB JT TEN 1289 SW LEVENS ST. DALLAS, OR 97338 | 400.00 |
| EARL E. LANDON & BARBARA J. LANDON, JT 1510 BARHAM COOS BAY, OR 97420 | 100.00 |
| RAY S. LANDRY & MILDRED M. LANDRY JT TEN 7234 S.E. 62ND AVENUE PORTLAND, OR 97206 | 100.00 |
| JAMES E. LANE & MARTHA J. LANE, JTWROS 108 HIGH STREET OREGON CITY, OR 97045 | 500.00 |
| MARJORIE R. LARRANCE 20860 S.W. KINNAMON RD. BEAVERTON, OR 97005 | 500.00 |
| MARK J. LAUKKANEN 205 NORTH WELCOME SLOUGH CATHLAMET, WA 98612 | 200.00 |
| THOMAS H. LIBERATOR P.O. BOX 13241 PORTLAND, OR 97213 | 200.00 |
| ADELINE A. LICKEY 31270 DUTCH CANYON RD SCAPPOOSE, OR 97056 | 100.00 |
| LINDBERG, DAVID A. & VIRGINIA P.O. BOX 273 PENDLETON, OR 97801 | 200.00 |
| SHIRLEY ANNE LINDBERG ROUTE 4, BOX 1756 GRESHAM, OR 97030 | 100.00 |
| NORMAN C. LOCATI & DARLINE G. LOCATI JT T 1437 S.W. ASPEN LAKE OSWEGO, OR 97034 | 100.00 |
| GORDON H. LOVEGROVE & CATHERINE LOVEGROVE JT TEN 4629 S.E. 73RD AVENUE PORTLAND, OR 97206 | 100.00 |
| EMIL J. LUKICH & PATRICIA LUKICH JT TEN 3706 S.E. FRANKLIN PORTLAND, OR 97202 | 100.00 |
| HJLAMER E. LUOTO & MAE C. LUOTO JT TEN 425 S.E. ATWOOD AVENUE CORVALLIS, OR 97333 | 50.00 |

| Name & Address | Shares |
|---|---|
| OHN M. MACEY, PERS REP. FBO CHARLES W. MACEY P.O. BOX 778 ROCKAWAY, OR 97136 | 200.00 |
| GARY R. MAFFEI 1777 S.W. MONTGOMERY DRIVE PORTLAND, OR 97201 | 4,150.00 |
| ANN C. MARRIS & RICHARD MARRIS & JENNIFER MARRIS NELSON & ROBERT GARTH MARRIS JT TEN 513 PINTO WAY EUGENE, OR 97401-5781 | 200.00 |
| RICHARD HJ. MATHEWS & VIRGINIA M. MATHEWS, JT TEN 6808 S.W. CANYON CREST DRIVE PORTLAND, OR 97225 | 200.00 |
| R. J. MATTECHECK, JR. 2670 SHERIDAN AVENUE NORTH BEND, OR 97459 | 500.00 |
| DALE C. MATTHIES & ANN E. MATTHIES JTWROS 11017 N.E. 96TH STREET VANCOUVER, WA 98662 | 2,000.00 |
| LOIS R. MAUGHAN 1274 S.E. 49TH AVENUE PORTLAND, OR 97215 | 100.00 |
| STEPHEN L. MC CARTHY & DIANE E. MC CARTHY, JTWROS 3570 S.W. 25TH SST. EUGENE, OR 97402 | 250.00 |
| THOMAS B. MC VIE 1902 N.E. 79TH AVENUE PORTLAND, OR 97213 | 200.00 |
| RICHARD L. MEREDITH & SUSAN E. MEREDITH JT TEN 148 S.E. HOUCK ROSEBURG, OR 97470 | 500.00 |
| HUGH W. MILLS & MARVALEE MJ. MILLS 1931 N.E. 148TH AVENUE PORTLAND, OR 97230-4619 | 100.00 |
| AUDREY C. MILTON CUST. FOR KAREN L. MILTON, A MINOR 10478 SE 53PLACE MILWAUKIE, OR 97222 | 100.00 |
| AUDREY C. MILTON CUST FOR SUSAN M. MILTON, A MINOR 10478 S.E. 53RD PLACE MILWAUKIE, OR 97222 | 100.00 |
| AUDREY C. MIOLTON CUST. FORO DEBORAH L. MILTON, A MINOR 3628 N.E. 141ST AVENUE WEST LINN, OR 97068 | 100.00 |
| ROBERT L. MILTON & AUDREY C. MILTON JT TEN 10478 S.E. 53RD PLACE MILWAUKIE, OR 97222 | 5,900.00 |
| JOHN J. MISETICH & EULA LEE MISETICH JT TEN 6921 N. HAIGHT AVENUE PORTLAND, OR 97217 | 200.00 |
| JAMES E. MITCHELL BOXC 5119 IRVINE, CA 92616-5119 | 3,374.00 |
| HARRY E. MIXER & JUNE V. MIXER JT TEN 1839 ASH STREET FOREST GROVE, OR 97116 | 100.00 |
| JAMES W. MIXER 555 COLLINS CREST GLADSTONE, OR 997027 | 150.00 |
| CHARLES E. MONTGOMERY 3028 N.E. 143RD AVENUE PORTLAND, OR 97230 | 1,000.00 |
| JERRY L. MOORE & PATRICIA J. MOORE JT TEN RT 1, BOX 368 AMITY, OR 97101 | 300.00 |
| LAURENCE D. MUNZ 2705 S.E. COURTNEY RD. # 13 MILWAUKIE, OR 97222 | 100.00 |
| HARUKO MURPHY 6112 S.E. CENTER ST. PORTLAND, OR 97206 | 20.00 |
| CHARLES K. MYERS & SHIRLEY J. MYERS JT TEN 2840 GRAYHAWK CT. N.W. SALEM, OR 97304 | 100.00 |
| LAURANCE H. NELSON & MARY G. NELSEN, JTWROS 65 N.W. 107TH PORTLAND, OR 97229 | 100.00 |
| LOUISE A. NELSON 308 NE 134TH PLACE PORTLAND, OR 97230 | 200.00 |
| MAXINE NELSON CUST. FOR SHYLA A. WALLING, A MINOR 2037 SHELLY ROAD COQUILLE, OR 97423 | 200.00 |
| THOMAS NEUMANN 2201 MAPLE VALLEY HWY. # 117 RENTON, WA 98058 | 100.00 |
| DAVID S. NEWHOUSE 10500 N.E. 2ND AVENUE PORTLAND, OR 97211 | 200.00 |
| DELBERT L. NEWKIRK & BETH A. NEWKIRK JT TEN 92764 ZUMWALT LANE PORT ORFORD, OR 97465 | 200.00 |
| ROBERT H. NORDBY & CLARENCE D. RAPER 913 E. 1ST STRET BEND, OR 97701 | 200.00 |
| STANTON W. NYSTROM 5535 E. EVERGREEN BLVD. # 7404 VANCOUVER, WA 98661 | 180.00 |

| Name & Address | Shares |
|---|---|
| JAMES H. O'NEILL 6919 N.E. ROSELAWN PORTLAND, OR 97218 | 50.00 |
| GERALD T. O'SHAUGHNESSY & LEANAH O'SHAUGHNESSY, JTWROS 3307 S.E. 31ST AVENUE PORTLAND, OR 97202 | 500.00 |
| C. HERBERT OLSON JR. & HARRIET OLSON JT TEN 2610 WEST 22ND AVENUE EUGENE, OR 97405 | 100.00 |
| MAX K. OZAWA 1427 S.E. 76TH PORTLAND, OR 97215 | 100.00 |
| FRANK W. OZIER, JR. & BETTY M. OZIER JT TEN 19411 NORMANDY PARK DR. S.W. SEATTLE, WA 98166 | 500.00 |
| KEITH S. PAKULAK & TERRY S. PAKULAK JRWROS 4421 BUTTERCUP CT N.E. SALEM, OR 97305 | 70.00 |
| GERALD E. PALMER & NANCY L. PALMER JT TEN 8904 S.E. STEPHENS PORTLAND, OR 97216 | 200.00 |
| TOM P. PAPPAS & KATHERINE M. PAPPAS JT TEN 6121 S.W. KELLY AVENUE PORTLAND, OR 97201 | 100.00 |
| CHESTER RAY PARKER, CUST. FOR DALE RAY PARKER, A MINOR 28712 S.E. HIGHWAY 212 BORING, OR 97209 | 238.00 |
| PARKROSE INVESTMENT CLUB C/O DENNY WESTOVER 4420 N.E. 105TH AVENUE PORTLAND, OR 97220 | 100.00 |
| GARY PATZKE 1410 S.W. BROADWAY # 523 PORTLAND, OR 97201 | 100.00 |
| BRUCE A. PETERS 9265 SW DAVIES RD. BEAVERTON, OR 97005 | 375.00 |
| ALAN A. PETERSON 10265 S.W. HEATHER LANE BEAVERTON, OR 97005 | 1,000.00 |
| CARLTON R. PETERSON 14873 S.W. OSPREY CT. BEAVERTON, OR 97007 | 2,100.00 |
| GORDON R. PETERSON & MARGARET A. PETERSON JT TEN RT 4, BOX 382 BORING, OR 97009 | 100.00 |
| WILLIAM E. PTERESON & MARION M. PETERSON JT TEN 385 S. 17TH STREET ST. HELENS, OR 97051 | 100.00 |
| ALMA K. PHELPS 202 DESERT INN DRIVE KELSO, WA 98626 | 100.00 |
| PHILADEP & CO. 1900 MARKET ST. PHILADELPHIA, PA 19103 | 200.00 |
| VIRGINIA D. PIGEON 2835 S.E. 47TH AVENUE # 15 PORTLAND, OR 97206 | 100.00 |
| ROWENA C. PILUSO 1616 JACKSON PARK ROAD TROUTDALE, OR 97060 | 100.00 |
| DENNIS C. PITTELKO 1418 22ND AVENUE KELSO, WA 98626 | 100.00 |
| PORT SERVICES CO. P.O. BOX 03238 6347 N. MARINE DRIVE PORTLAND, OR 97203 | 1,000.00 |
| FEVREL W. PRATT 9030 N.E. FREMONT PORTLAND, OR 97220 | 300.00 |
| RUTH L. PRUITT 6805 S.W. 8TH AVENUE PORTLAND, OR 97219 | 20.00 |
| MERLIN RADKE RT. 3, BOX 400 HILLSBORO, OR 97124 | 200.00 |
| THOMAS ALLEN RAPP & EVELYN RAPP JT TEN 3605 S.W. 144TH AVENUE BEAVERTON, OR 97005 | 100.00 |
| WILLIAM T. REINMILLER 6277 S.E. STARK STREET PORTLAND, OR 97215 | 200.00 |
| LAWRENCE B. REW & PHYLLIS MASERS JTTEN P.O. BOX 218 PENDLETON, OR 97801 | 100.00 |
| W. JAMES REYNOLDS & VIRGINIA LEE REYNOLDS, JTWROS 12373 WIESE ROAD BORING, OR 97009 | 389.00 |
| ROY RICHARDSON & DORIS RICHARDSON JT TEN LEABURG, OR 97401 | 50.00 |
| SOL J. RIFFEL 17230 S.W. WITHYWINDLO CT. DURHAM, OR 97223 | 200.00 |
| L. L. RIGGS & SYLVIA RIGGS JT TEN 416 SOUTH VAALENCIA RD.. VENICE, FL 33595 | 600.00 |

# DATA SYSTEMS STOCK
## SHAREHOLDER NAMES AND ADDRESSES
### July 2, 2015

| Name & Address | Shares |
|---|---|
| BRUCE N. ROBERTS & LOIS M. ROBERTS JT TEN 14737 N.E. STANTON CT. PORTLAND, OR 97230 | 100.00 |
| LYDIA E. ROHLOFF 1610 S.W. 11TH PORTLAND, OR 97201 | 100.00 |
| MORTON ROSENBLUM 3910 S.W. IDAHO TERRACE PORTLAND, OR 97221 | 200.00 |
| MARTIN RUPERT & RONAELE M. RUPERT JT TEN 6848 S.W. CHILDS LAKE OSWEGO, OR 97034 | 100.00 |
| CHARLESS F. RUPPERT & SUSIE M. RUPPERT, JTWROS 3801 KNOX BUTTE ROAD ALBANY, OR 97321 | 150.00 |
| AUDREY JEANINE SANDAHL 8902 MT. LASSEN AVE. VANCOUVER, WA 98664 | 125.00 |
| SUSAN M. SANDERS 7880 S.E. HOOOD CT. MILWAUKIE, OR 97222 | 100.00 |
| JAMES ALAN SAUNDERS & MAXINE ELAINE SAUNDERS, JTWROS 10819 S.E. STARK PORTLAND, OR 97216 | 500.00 |
| CARL A. SCHEIBLER & LORRAINE A. SCHEIBLER JT TEN 10622 S.E. STANDLY STREET MILWAUKIE, OR 97222 | 550.00 |
| ZELMA L. SCHMOLKE P.O. BOX 773 GLACIER APT. 2141 EATONVILLE, WA 98328-0773 | 500.00 |
| MELVIN J. SCHWARTZ & EVA E. SCHWARTZ JT TEN 492 SUNCREST AVE N.W. SALEM, OR 97304 | 150.00 |
| DONALD RAY SESLAR P.O. BOX 1644 BEAVERTON, OR 97075 | 1,000.00 |
| DAVID S. SHANNON & BONNIE B. SHANNON JT TEN 825 N.E. MULTNOMAH PORTLAND, OR 97232 | 100.00 |
| SHEARSON LEHMAN HUTTON, INC. 388 GREENWICH STREET NEW YORK, NY 10013 | 168.00 |
| BRADLEY SSLAYTON 2941 N.E. 27TH GRESHAM, OR 97030 | 100.00 |
| PEGGY SLAYTON 2941 N.E. 27TH GRESHAM, OR 97030 | 100.00 |
| BOB J. SMITH & BARBARA K. SMITH JT TEN 3665 S.E. HENDERSON PORTLAND, OR 97202 | 500.00 |
| DANIEL S. SMITH & BETTY J. SMITH JTTEN 26978 BRIGG HILL RD. EUGENE, OR 97405 | 200.00 |
| GENEVIEVE SMITH 2007 N.E. 39TH AVENUE PORTLAND, OR 97212 | 100.00 |
| STEVEN J. SMITH & SHERRY L. SMITH JT TEN 4061 HARMON LANE SPRINGFIELD, OR 97478 | 100.00 |
| RAYMOND P. SODERBERG & VBICK S. SODERBERG JTWROS JTWROS ROUTE 2, BOX 275D SHERWOOD, OR 97140 | 200.00 |
| JULIUS FL SOLARI & DOROTHY A. SOLARI, JT BOX 220, SOUTH COOS RIVER COOS BAY, OR 97420 | 100.00 |
| LOUISE F. SPEYER 4002 E. 18TH, APT. X VANCOUVER, WA 98661 | 100.00 |
| GERALD R. STARK & PAULA J. STARK JTWROS 12847 S. CASTO RD. OREGON CITY, OR 97045 | 50.00 |
| EDWARD J. STELLE & ZELMA M. STELLE JT TEN 32605 LAKEPOINT CT WILSONVILLE, OR 97070 | 50.00 |
| DENNIS R. STRAUB & SANDRA L. STRAUB JT TEN 13432 N.E. 5TH CAMAS, WA. 98607 | 100.00 |
| ROBERT BRUCE STRICK & ANNA L. STRICK JT TEN 5040 N.E. AINSWORTH PORTLAND, OR 97218 | 100.00 |
| WILLIAM Y. SUGAHIRO & IDA T. SUGAHIRO JT TEN 15063 S.E. ORCHID AVE. MILWAUKIE, OR 97267 | 100.00 |
| JAMES J. SUSEE & ELLEN M. SUSEE JT TEN 475 23RD COUURT N.W. SALEM, OR 97304 | 100.00 |
| SHIRLEY CAROL TARNASKY 3140 S.W. WESTWOOD DRIVE PORTLAND, OR 97225 | 125.00 |
| LAWRENCE ALAN TAYLOR & PHYLLIS ANN TAYLOR, JTWROS 2236 E. KNOLLHAVEN ST. SIMI VALLEY, CA 93065 | 100.00 |
| RICHARD M. TAYLOR & HALEYONE E. TAYLOR JT TEN P.O. BOX 1317 CLAYPOOL, AR 85532 | 100.00 |

| Name & Address | Shares |
|---|---|
| YOSHINOBU TERADA & ARTYCE A. TERADA 13854 S.E. FOSTER RD. PORTLAND, OR 97236 | 50.00 |
| CHARLES T. THOMAS & HOSANNA C. THOMAS JTWROS 8921 NE 79TH ST. VANCOUVER, WA 98662 | 350.00 |
| JEAN M. THOMPSON 3105 S.W. IDAHO PORTLAND, OR 97201 | 400.00 |
| ROGER L. THOMPSON & LORETTA RUTH THOMPSON JTWROS 7585 GRANADA DR. REDDING, CA 96002 | 100.00 |
| STAN B. THOMPSON & MADELYN H. THOMPSON JT TEN 785 NORTH 2ND COOS BAY, OR 97420 | 150.00 |
| THOMAS A. THOMPSON & LORRAINE L. THOMPSON JT TEN 4015 N.E. HASSALO PORTLAND, OR 97232 | 120.00 |
| LAWRENCE M. THOMSEN & MARILYN THOMSEN JTWROS 2719 N.E. 104TH AVENUE PORTLAND, OR 97220 | 100.00 |
| ESTHER LEE THORESON 473 K STREET WASHOUGAL, WA 986781 | 100.00 |
| SHIRLEY ANN TRACER 20321 HOMESTEAD DRIVE OREGON CITY, OR 97045 | 100.00 |
| ALLEN L. TURJA 10530 S.E. MARKET PORTLAND, OR 97216 | 100.00 |
| HARRY G. TUGGLE 6720 N.E. HANCOCK PORTLAND, OR 97213 | 100.00 |
| EVELYN M. TYSELING CUST FOR E. ARLENE TYSELING P.O. BOX 581 ESTACADA, OR 97023 | 200.00 |
| JEFFERY ALLEN TYSELING 36599 S.E. KEMP RD. ESTACADA, OR 97023 | 100.00 |
| UNITED FINANCE CO., A PARTNERSHIP 817 N.E. BROADWAY PORTLAND, OR 97212 | 1,000.00 |
| UNIT & CO. TRUST DEPT., US NATIONAL BANK P.O. BOX 3168 PORTLAND, OR 97208 | 500.00 |
| UNITED LAND INVESTMENTS OF CALIFORNIA BURT W. ROGOWAY 5493 MISSION SAN FRANCISCO, CA 94109 | 100.00 |
| KAZUE UYESUGI 3613 N.E. 75TH AVENUE PORTLAND, ORR 97213 | 200.00 |
| BILLY J. VAN HORN & BEVERLY J.. VAN HORN JT TEN 5549 S.E. PINE PORTLAND, OR 97215 | 20.00 |
| C. W. VAN RODY RTE 3, BOX 374E TROUTDALE, OR | 100.00 |
| RAYMOND VANTINE 2979 S.E. 79TH PORTLAND, OR 97233 | 100.00 |
| JACOB W. WAGNER & MARIE J. WAGNER, JTWROS 10804 S.E. CLINTON ST. PORTLAND, OR 97266 | 100.00 |
| JAMES M. WAGNER UDER THE LAW OF OREGON FOR JAMES M. WAGNER, A MINOR 7920 S.E. STARK ST. PORTLAND, OR 97215 | 50.00 |
| RICHARD D. WAGNER RICHARD D. WAGNER, A MINOR 15942 S.E. MAIN PORRTLAND, OR 97233 | 100.00 |
| LYLE W. WAGONER & PATSY A. WAGONER JT TEN 6025 BURCHELL CT. SAN JOSE, CA 95120 | 100.00 |
| JANICE J. WAHLSTROM 17 S.E. 75TH PORTLAND, OR 97215 | 50.00 |
| JON WALDUM 14780 N.W. BONNEVILLE LOOP BEAVERTON, OR 97006-5569 | 200.00 |
| CHARLES F. WALKER 4317 N.E. SKIDMORE PORTLAND, OR 97218 | 100.00 |
| DOUGLAS M. WALLING 2013 CHARNELLTON STREET EUGENE, OR 97405 | 100.00 |
| DOUGLAS G. WARD 3835 S.W. 96TH PORTLAND, OR 97225 | 500.00 |
| DOUGLAS G. WARD & HELEN P. WARD JT TEN 3417 CHAMPLAIN COURT N.W. SALEM, OR 97304 | 700.00 |
| LCURTIS R. WARDEN & DOROTHY R. WARDEN, JTWROS 890 COMMERCIAL NORTH BEND, OR 97459 | 100.00 |
| BETTY G. WARRINGTON 62245 CODY ROAD BEND, OR 97701 | 500.00 |

Case 16-30477-rld11    Doc 19    Filed 02/25/16

# DATA SYSTEMS STOCK
## SHAREHOLDER NAMES AND ADDRESSES
### July 2, 2015

| Name & Address | Shares |
|---|---|
| WALTER O. WEHLER & DORIS A. WEHLER JT TEN 6855 S.W. BOECKMAN WILSONVILLE, OR 97070 | 100.00 |
| DONALD L. WHITE 20803 N.E. 25TH REDMOND, WA 98052 | 300.00 |
| GEORGE EDWARD WIHICK 14962 NW MILL ST. PORTLAND, OR 97231 | 100.00 |
| CHARLES WILLIAMS & ETHEL J. WILLIAMS JT TEN 17365 WALTA VISTA DRIVE MILWAUKIE, OR 97222 | 500.00 |
| DONALD R. WILLIS 52 FORREST FEEZOR TUCSON, AZ 85747 | 100.00 |
| GLORIA M. WILSON & HARRY W. WILSON 2163 HAYDEN BR RD. SPRINGFIELD, OR 97477 | 500.00 |
| DONALD F. WOLF & PATRICIA L. WOLFE JT TEN 8333 NORTH WOOLSEY AVENUE PORTLAND, OR 97203 | 100.00 |
| BRUCE L. WONG 1941 S.E. 31ST PORTLAND, OR 97214 | 100.00 |
| DAVID H. WOODLEE & VIRGINIA M. WOODLEE JT TEN 2235 S.W. STEPHENSON ST. PORTLAND, OR 97219 | 100.00 |
| THOMAS R. WOOLCOTT & CHARLOTTE J. 31516 RUDOLPH ROAD COTTAGE GROVE, OR 97424 | 100.00 |
| EILEEN J. WYATT 1544 N.E. 73RD AVENUE PORTLAND, OR 97213 | 50.00 |
| EUGENE R. WYATT & EILEEN J. WYATT JT TEN 1544 N.E. 73RD AVENUE PORTLAND, OR 97213 | 100.00 |
| HAL K. YEAGER P.O. BOXC 7112 WINDERMERE, FLORIDA 32786 | 181.00 |
| WALLACE YEE 1963 PARKVIEW CIRCLE MILWAUKIE, OR 97222 | 100.00 |
| GRETCHEN A. YOST 1534 N.E. 114TH PORTLAND, OR 97220 | 100.00 |
| LEAH ZASLOFF & LOUIS ZASLOFF JTWROS 2770 POTTER ST. EUGENE, OR 97405 | 100.00 |
| VERNE L. ZELLER, JR. 10019 N.E. 59TH VANCOUVER, WA 98662 | 250.00 |
| FRANCES R. ZIMMERMAN 6116 HOLMES STREET WEST LINN, OR 97068 | 100.00 |