**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OFRCP3 (9/13/13) gjd

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Data Systems, Inc.**
Debtor(s)

Case No. **16–30477–rld11**

ORDER RE: APPLICATION OF FRCP 26
Motion to Dismiss Case or in the alternative
Motion to Appoint Trustee.

**IT IS ORDERED** that no discovery planning or discovery plan discussed in FRCP 26(f) is required and parties may seek discovery at any time permitted by FRCPs and LBRs as if the discovery conference had occurred. The disclosures required by FRCP 26(a)(1) are not required. The times for disclosures under FRCP 26(a)(2) and (3) shall be as specified in the rule unless otherwise provided in the court's scheduling order. The provisions of FRCP 26 are applicable in this contested matter pursuant to FRBPs 9014 and 7026.

###