Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:                              ) Bankruptcy Case No.
                                    ) 16-30477-rld11
Data Systems, Inc.,                 )
                                    ) ORDER FOLLOWING APRIL 25, 2016
                       Debtor.      ) HEARING

     On April 25, 2016, this case came on for evidentiary hearing ("Hearing") scheduled on the Motion to Dismiss and, In the Alternative, To Appoint Trustee (#17 on the docket) filed by creditor Richard A. Kreitzberg ("Kreitzberg Motion"). Also on for hearing were two motions for relief from the automatic stay (collectively, "Relief From Stay Motions") filed by Mr. Kreitzberg (see #53 and #54 on the docket).

     Consistent with the Notice of Hearing on the Kreitzberg Motion (#52 on the docket) entered on the docket on March 25, 2016, the parties tendered their evidentiary submissions in the form of witness statements ("Witness Statements") and proposed exhibits ("Exhibits"). At the Hearing, after discussion with counsel for the parties, the court (1) admitted into evidence all Exhibits and (2) accepted the Witness Statements as offers of proof. In light of the evidence thereby admitted

Page 1 - ORDER FOLLOWING APRIL 25, 2016 HEARING

into the record of the Hearing, and based on the findings of fact and conclusions of law stated on the record, it is ORDERED:

1. The relief request in the Kreitzberg Motion is GRANTED IN PART as follows:

   a. The United States Trustee, after consultation with parties in interest in accordance with 11 U.S.C. § 1104(d), shall appoint a chapter 11 trustee.

   b. Except as provided in paragraph 1.a. above, the Kreitzberg Motion is DENIED.

2. The Relief From Stay Motions are DENIED without prejudice to renewal after the chapter 11 trustee has been appointed.

# # #

cc: Data Systems, Inc.
 Ted A. Troutman
 Shawn P. Ryan
 U.S. Trustee

Page 2 - ORDER FOLLOWING APRIL 25, 2016 HEARING